ROBERT B. MILLIGAN, SBN 217348
rmilligan@seyfarth.com
DANIEL JOSHUA SALINAS, SBN 282065
jsalinas@seyfarth.com
SIERRA J. CHINN-LIU, SBN 322994
schinnliu@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

MICHAEL D. WEXLER (*admitted pro hac vice*)
mwexler@seyfarth.com
KEVIN J. MAHONEY (*admitted pro hac vice*)
kmahoney@seyfarth.com
KATELYN R. MILLER (*admitted pro hac vice*)
krmiller@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

JESSE M. COLEMAN (*admitted pro hac vice*)
jmcoleman@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

*Attorneys for Plaintiff*
Karma Automotive LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA AUTOMOTIVE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., an Ohio corporation; STEVE BURNS, an individual; JOHN LEFLEUR, an individual; DARREN POST, an individual, RICH SCHMIDT; an individual; ROGER | Case No. 8:20-cv-02104-JVS-DFM<br><br>**STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL THE RETURN OF A PRIVILEGED DOCUMENT**<br><br>Discovery Cutoff: November 2, 2021<br>Pretrial Conference: March 28, 2022<br>Trial Date: April 12, 2022 |

|   |   |
|---|---|
| J. DURRE, an individual; HONG XIN HUAN (A.K.A "GEORGE" HUAN), an individual; BEI QIN, an individual; STEPHEN PUNAK, an individual; CHRISTOPHER KIM, an individual; DAN ZHIHONG HUANG, an individual; PUNAK ENGINEERING, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Date Action Filed: October 30, 2020 |

This Stipulation is made by and between Plaintiff Karma Automotive LLC ("Karma") and Defendant Lordstown Motors Corp. ("LMC") (collectively, the "Parties"), by and through their respective counsel, with reference to the following:

1. On February 24, 2021, counsel for Karma requested the return of a Karma document produced and used by LMC during the course of discovery. Karma believes the document is protected by the attorney-client privilege and work product doctrine.

2. After LMC refused to return the document based on its belief that the document is not protected by the attorney-client privilege or work product doctrine, the Parties initiated Judge McCormick's informal discovery dispute process to attempt to resolve the issue.

3. An informal telephonic conference was held before Judge McCormick on April 14, 2021.

4. The discovery dispute was not resolved by the informal telephonic conference, and Judge McCormick directed the Parties to commence formal motion practice on the issue.

5. The Parties have conferred and have come to an agreement regarding the briefing schedule and page limitations on Karma's prospective motion.

//
//

**NOW, THEREFORE**, the Parties, through their respective counsel of record, jointly stipulate and respectfully request that the Court:

1. Enter a briefing schedule on Karma's forthcoming Motion to Compel the Return of a Privileged Document (the "Motion") as follows:

    a) Karma's Motion to be due on May 14, 2021,

    b) LMC's response to Karma's Motion to be due on May 28, 2021, and

    c) Karma's reply brief in support of its Motion to be due on June 4, 2021;

2. Set the following page limitations for briefing on Karma's Motion:

    a) Karma's opening memorandum to be no longer than fifteen (15) pages,

    b) LMC's response memorandum to be no longer than fifteen (15) pages, and

    c) Karma's reply memorandum to be no longer than five (5) pages; and

3. Set the Motion for hearing on June 8, 2021, at 10:00 a.m.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Sierra Chinn-Liu, attest that I have obtained concurrence from Ryan D. Fischbach, counsel for LMC, in the filing of this Stipulation to Set Briefing Schedule on Plaintiff's Motion to Compel the Return of a Privileged Document, and his approval to affix his electronic signature to this filing.

/s/ *Sierra J. Chinn-Liu*

| | | |
|---|---|---|
| 1 | DATED: April 21, 2021 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |
| 4 | | By: /s/ *Sierra Chinn-Liu* |
| 5 | | Sierra Chinn-Liu<br>Attorneys for Plaintiff |
| 6 | | Karma Automotive LLC |
| 8 | DATED: April 21, 2021 | BAKER & HOSTETTLER LLP |
| 10 | | By: /s/ *Ryan D. Fischbach* |
| 11 | | Ryan D. Fischbach<br>Attorneys for Defendants<br>Lordstown Automotive Corp. |

4

STIPULATION TO SET BRIEFING SCHEDULE ON
PLAINTIFF'S MOTION TO COMPEL THE RETURN OF A PRIVILEGED DOCUMENT
CASE NO. 8:20-CV-02104-JVS-DFM