# EXHIBIT B

1 | ROBERT B. MILLIGAN, SBN 217348
rmilligan@seyfarth.com
2 | DANIEL JOSHUA SALINAS, SBN 282065
jsalinas@seyfarth.com
3 | SIERRA J. CHINN-LIU, SBN 322994
schinnliu@seyfarth.com
4 | SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
5 | Los Angeles, California 90067
Telephone: (310) 277-7200
6 | Facsimile: (310) 201-5219

7
8 | MICHAEL D. WEXLER (*admitted pro hac vice*)
mwexler@seyfarth.com
9 | KEVIN J. MAHONEY (*admitted pro hac vice*)
kmahoney@seyfarth.com
10 | KATELYN R. MILLER (*admitted pro hac vice*)
krmiller@seyfarth.com
11 | SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
12 | Chicago, Illinois 60606
Telephone: (312) 460-5000
13 | Facsimile: (312) 460-7000

14 | JESSE M. COLEMAN (*admitted pro hac vice*)
jmcoleman@seyfarth.com
15 | SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
16 | Houston, Texas 77002
Telephone: (713) 225-2300
17 | Facsimile: (713) 225-2340

18
*Attorneys for Plaintiff*
19 | Karma Automotive LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARMA AUTOMOTIVE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., an Ohio corporation; STEVE BURNS, an individual, JOHN LEFLEUR, an individual, DARREN POST, an | **CASE NO.: 8:20-cv-02104-JVS-DFM**<br><br>**REDACTED DECLARATION OF ▮▮▮▮▮ IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL THE RETURN OF A PRIVILEGED DOCUMENT AND STRIKE DEPOSITION TESTIMONY** |

| | |
|---|---|
| individual, RICH SCHMIDT, an individual, ROGER J. DURRE, an individual, HONG XIN HUAN (A.K.A "GEORGE" HUAN), an individual; BEI QIN, an individual; STEPHEN PUNAK, an individual; CHRISTOPHER KIM, an individual; DAN ZHIHONG HUANG, an individual; PUNAK ENGINEERING, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Date:  June 8, 2021<br>Time:  10:00 a.m.<br>Crtrm: 6B<br>Judge:  Hon. Douglas F. McCormick<br><br>Date Action Filed: October 30, 2020 |

# DECLARATION OF ▓▓▓▓▓▓▓▓

I, ▓▓▓▓▓▓▓▓, declare and state as follows:

1. I make this declaration based on my own personal knowledge or based on information and belief where stated and can and would testify to the same if required to do so in a court of law.

2. I am an attorney licensed to practice law in the State of Illinois. I am a Shareholder at the law firm of ▓▓▓▓▓▓▓▓. I have been practicing law for over 41 years. My practice focuses on ▓▓▓▓▓▓▓▓

3. Based on my understanding, ▓▓▓▓ has represented Karma Automotive LLC ("Karma") for a number of years in various capacities.

4. In approximately 2019, I was contacted by Karma's then general counsel, John Wilson ("Wilson"). Wilson, as general counsel of Karma, sought my legal advice ▓▓▓▓▓▓▓▓

5. After providing Wilson initial legal counsel and advising that my opinions would be best informed by ▓▓▓▓▓▓▓▓, Wilson permitted me to ▓▓▓▓▓▓▓▓ Wilson then authorized me to ▓▓▓▓▓▓▓▓ At Wilson's direction, ▓▓▓▓▓▓▓▓

1  6. At my instruction, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮ I instructed ▮▮ to mark the analysis as highly confidential and protected
3  under the attorney-client privilege and work product doctrine. I also instructed ▮▮ to mark
4  the analysis as a draft only.
5  7. Based on my recollection, I reviewed and then discussed with ▮▮ iterations
6  of the analysis provided to me by ▮▮ and confirmed that the analysis was marked as a
7  draft, highly confidential and protected under the attorney-client privilege and work
8  product doctrine.
9  8. I requested that ▮▮ provide the final, draft analysis to me. I then provided
10 the final, draft analysis to Wilson on March 19, 2020. The analysis I provided to Wilson
11 was marked as a draft, highly confidential and protected under the attorney-client privilege
12 and work product doctrine.
13 9. After sending Wilson the final, draft analysis, on March 19, 2020, I then spoke
14 to Wilson and certain Karma executives about the ▮▮ analysis and its findings, using the
15 analysis to inform my legal advice to Karma about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

1  I declare under the penalty of perjury under the laws of the State of California and
2  United States of America that the foregoing is true and correct.
3
4  Executed on May 11, 2021 in Chicago, Illinois.



DECLARATION OF ▊▊▊▊ IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL THE RETURN OF A PRIVILEGED DOCUMENT
AND STRIKE DEPOSITION TESTIMONY; CASE NO. 8:20-CV-02104-JVS-DFM