THOMAS R. LUCCHESI (*Pro Hac Vice*)
*tlucchesi@bakerlaw.com*
TERRY M. BRENNAN (*Pro Hac Vice*)
*tbrennan@bakerlaw.com*
ANTHONY B. PONIKVAR (*Pro Hac Vice*)
*aponikvar@bakerlaw.com*
**BAKER & HOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, OH 44114
Telephone:  (216) 621-0200
Facsimile:   (216) 696-0740

WILLIAM W. OXLEY (SBN 136793)
*woxley@bakerlaw.com*
RYAN D. FISCHBACH (SBN 204406)
*rfischbach@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Ste. 1400
Los Angeles, CA  90025
Telephone:  (310) 820-8800
Facsimile:   (310) 820-8859

*Attorneys for Defendants*
LORDSTOWN MOTORS CORP., *et al.*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARMA AUTOMOTIVE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>LORDSTOWN MOTORS CORP., an Ohio corporation; STEVE BURNS, an individual, JOHN LEFLEUR, an individual, DARREN POST, an individual, RICH SCHMIDT, an individual, ROGER J. DURRE, an individual, HONG XIN HUAN (A.K.A. "GEORGE" HUAN), an individual, BEI QIN, an individual, STEPHEN PUNAK, an individual, CHRISTOPHER KIM, an individual, DAN ZHIHONG HUANG, an individual, PUNAK ENGINEERING, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  8:20-cv-02104-JVS-DFM<br><br>[Assigned to the Hon. James V. Selna]<br><br>**DECLARATION OF ROGER J. DURRE IN OPPOSITION TO KARMA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>*[Filed concurrently with Defendant Lordstowm Motors Corp. et al.'s Brief in Opposition to Karma's Motion for Preliminary Injunction]*<br><br>Date:          Sept. 13, 2021<br>Time:          1:30 p.m.<br>Ctrm:          10C<br><br>Action Filed:  October 30, 2020<br>Trial Date:    April 12, 2022 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, Roger J. Durre, declare and state as follows:

1.      I make this declaration in support of Defendants Lordstown Motor Corp. et al.'s opposition to Plaintiff Karma Automotive LLC's (Karma) motion for a preliminary injunction (Dkt. 129).

2.      Except where indicated, I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

3.      I am currently employed by Defendant Lordstown Motors Corp. (LMC) and hold the title of Director of Infotainment and Connected Vehicle Engineering. In this role, my responsibilities include managing the design, validation, and implementation of the infotainment system for the LMC Endurance. As such, I am familiar with the architecture, hardware, and software of the infotainment system and other aspects of the Endurance.

4.      I was previously employed by Karma Automotive LLC ("Karma") as a Director. Based on my experience with Karma, I have knowledge of Karma's infotainment system. In addition to working for Karma, I also worked for BMW for over fifteen years and have worked in automotive specific engineering for approximately twenty-five years.

5.      I have worked as an electrical engineer in the automotive industry since 1995. Prior to that, I worked as a Vice President of Engineering for Powerteq. I have a bachelor's degree in electrical engineering from Bradley University and have

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

developed a strong background in both hardware and software engineering over the course of my career. I have been involved in and led all stages of the engineering process for infotainment systems, including initial concepts, drafting specifications, sourcing of components, development, integration, and testing.

6.    In the preparation of this declaration, I reviewed Karma's motion for preliminary injunction, together with its various supporting declarations and exhibits. My review focused on those portions that reference me, or reference my work at Karma or LMC.

**The Infotainment Systems for the LMC Endurance and the Karma Revero Have Almost Nothing In Common**

7.    In my roles at both Karma and LMC I became very familiar with the infotainment systems of both companies. The infotainment system for the Endurance is designed to meet the needs of a commercial work pickup truck. Thus, it does not have the functionality or many of the bells and whistles of a luxury sports car with a list price of well over $100,000 such as the Revero.

    a.  The two infotainment systems run completely different operating systems. Karma uses the ████████████ ████████████████████. LMC is building a Linux-based operating system from scratch using an open-source software platform.

    b.  ████████████████████████ LMC is

Baker & Hostetler llp
Attorneys at Law
Los Angeles

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

developing its bootloader in-house. A bootloader is software that is responsible for booting up a computer.

c. Karma's firmware over the air (FOTA) is run by software provided by ▬▬▬▬▬. At LMC, we are developing this software ourselves ▬▬▬▬▬▬▬▬.

d. Karma's system is monolithically designed—a few large processes perform all functions. Thus, a small failure can affect large portions of functionality. The functions in LMC's systems are carried out by individual dedicated processes. Under this approach, any small failure is confined to a single process.

e. Karma's infotainment system is developed using the ▬▬▬▬ LMC is using the ▬▬▬▬▬▬.

f. Karma's infotainment system does not have ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ LMC's infotainment system utilizes a dedicated gateway, which secures all access to the vehicle's network via the OBD port.

g. Karma's infotainment system does not have ▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

███████████████████████████. Access to the internet is restricted in the LMC system by the telematic control unit. Thus, only designated processes have access to the internet and all internet access is encrypted.

h. Karma's diagnostic event detection logic is ███████████ ████████████████████████████████████ ████████████. LMC's diagnostic event detection logic has no hard coding. Thus, changes can be made without necessitating a complete change to the software.

8.    The infotainment systems for the Endurance and the Revero are different in nearly every material aspect. This is in part because the vehicles themselves are very different and designed to meet completely different needs and customers. Thus, LMC and Karma are not competitors in the electric vehicle or hybrid vehicle marketplace.

**Allegations Regarding LMC's Electrical/Electronic Architecture**

9.    While employed at Karma, I worked directly with Karma's electrical/electronic ("EE") architecture. I have familiarity with Karma's EE architecture based on this experience and have a detailed understanding of the layout of Karma's architecture.

10.    EE architectures are very complex in their implementation. However, such architectures are often represented visually in simple, high-level documents

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

called block diagrams.

11.    Block diagrams are visual representations of a system in which the principal parts are represented by blocks, which are in turn connected by lines that show the relationship between the parts.

12.    Starting in February 2020, while I was employed by Karma, I was the primary engineer in charge of drafting a proposal to potentially provide LMC with an infotainment system. Karma dedicated no additional engineering resources to this project and performed minimal work in defining the requirements required to develop a workable system that met LMC's needs.

13.    During Karma's discussions with LMC about a potential engagement to develop a low-cost infotainment system for LMC, I suggested that LMC could update its preliminary EE architecture and its infotainment system to have a dedicated gateway, infotainment domain controller, ethernet connectivity, and an A2B radio. My reasons for doing so were to align LMC's document with current industry standards and well-known methods of designing a modern infotainment system.  I did not provide any new insight, or Karma-specific designs, to LMC.

14.    At the time I made this suggestion to LMC, Karma did not have ▮ ▮. While I was employed by Karma, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮

15.    I have read the declaration of Stefan Gudmundsson filed in support of Karma's motion for preliminary injunction. In this declaration, Gudmundsson states

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

that these suggested changes I made were "important improvements to LMC's EE architecture." (Gudmundsson Decl. ¶ 48.)

16.     It took me approximately 5 minutes to add these "important improvements" to LMC's EE architecture. This is because all of the changes I suggested were very high level, industry standard concepts.

17.     None of these revisions were derived from my experience or knowledge gained exclusively at Karma.  In fact, Karma was not even using the high-level architecture I proposed to LMC.  Rather, my suggestions stemmed from my combined experience of over 25 years managing and designing infotainment systems across multiple different companies.

18.     I did not at the time, and do not today, consider a dedicated gateway, central infotainment control unit, Ethernet connectivity, or an A2B radio connection to be technology that is secret, unique, or proprietary to Karma.  All of these concepts are widely utilized in the automotive industry and have been standard industry practice for years.

19.     Publicly available documents from BMW (such as the diagram shown below) show that automotive manufactures were implementing dedicated gateways and domain controllers into their vehicles' EE architecture since as early as 2005. Given my prior experience at BMW, this was well known to me before I started working at Karma in December of 2016.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



In-vehicle network topology of a BMW 7-series (Source: BMW AG, 2005) The vehicle features reach from

(Towards Automotive Embedded Systems with Self-X Properties, by Marc Zeller of Siemens, *available at* https://www.researchgate.net/publication/221910051_Towards_Automotive_Embedded_Systems_with_Self-X_Properties and attached as Exhibit A.)

20.    BMW's use of a central gateway and an EE architecture like the one I suggested to LMC, is also represented in the following publicly available diagram:



Bild 1 von 6  >

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

This article is available at https://www.elektroniknet.de/automotive/vision-einer-intelligenten-vernetzung.89883.html and attached as Exhibit B. This article is in German, which have a professional understanding of.

21.    As another example, NXP (a well-known supplier of electrical components and processors for automotive applications) sells off-the-shelf chipsets that are specific for vehicle gateways, as shown below:



Where in a vehicle S32G can be used (Source: NXP)

Available at https://www.embedded.com/vehicle-network-processor-brings-multifunctional-capabilities/ and attached as Exhibit C.

22.    As a final example showing how ubiquitous and widely known the implementation of a gateway and EE architecture like the one I suggested to LMC in June 2020 is, see the 2006 EE Architecture from the Audi A6, Q7, and A8 vehicles available at https://www.edn.com/self-diagnosing-sensor-modules-boost-automotive-networking-efficiency/ and attached as Exhibit D:

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



23.    As shown above, the use of a dedicated gateway is widely known throughout the automotive industry and EE architectures using this standard technology have the same basic structure.

24.    When I left Karma in September of 2020, Karma was not ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25.    LMC is purchasing its gateway off the shelf from ▮▮▮▮▮▮▮, a widely used tier 1 automotive supplier of Infotainment components.  LMC was one of two vendors that I was familiar with, that offered similar off-the-shelf head-units and was chosen based on engineering capability, cost and timing.

26.    As vehicles become more connected with the outside world, the importance of dedicated gateways to protect against cybersecurity breaches continues

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF ROGER J. DURRE IN OPPOSITION TO KARMA'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 8:20-CV-02104-JVS-DFM

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

to grow. ███████████, I am not aware of any modern domain-based infotainment systems currently being designed *without* this critical technology.

27.    Ethernet connectivity protocols, in my experience, have also been industry standard and commonly-known technology for years across *many* electrical engineering applications—not just automotive EE architecture or infotainment design.  As one of only three or four communication physical layers for vehicle EE architecture, use of Ethernet is not secret, unique, or propriety to Karma.

28.    During my time at BMW, for example, I was aware that BMW was using Ethernet protocol to "flash" software updates in its vehicles. Ethernet cables are widely known and used throughout the industry for a wide variety of uses.

29.     Indeed, as the infotainment industry trends more toward the use of off-the-shelf, open-source (i.e., public) software that requires greater networking bandwidth, I am aware that the use of Ethernet, which can handle these greater bandwidth demands (versus LIN or CAN, for example), is becoming the preferred, standardized, communication protocol across *all* automotive EE architecture.

30.    "A2B" audio connections is technology developed and purchased from a third party called Analog Devices.[1]  Thus, by definition, it was not developed by Karma or known only to Karma when I added it to LMC's EE architecture.

31.    The potential benefits of using A2B connections for infotainment or

---

[1] See https://www.analog.com/en/applications/technology/a2b-audio-bus.html.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

vehicle EE design was also not discovered by or known only to Karma.  Analog Devices prominently advertises the A2B efficiencies in audio quality, bandwidth, and power consumption in "Automotive and Transportation" applications on its public website.[2] A2B is a standard protocol used throughout the industry. For example, Ford announced in 2016 that it would be using A2B in its vehicles' infotainment systems. See "Ford to use ADI single pair audio bus in cars," https://www.electronicsweekly.com/news/ford-to-use-adi-single-pair-audio-bus-in-cars-2016-01/, attached as Exhibit E.

32.    As with the dedicated gateway and Ethernet connectivity, my suggestion that LMC incorporate A2B into its infotainment design was therefore not a novel idea, and was not based solely off my knowledge and experience gained at Karma.

33.    The CIC is a head unit widely adopted throughout the industry. For example, from my time at BMW, I am aware the BMW uses this form of technology. There is nothing unique about a CIC unit and it is an industry standard module to include in a domain based EE architecture.

34.    While employed by LMC and managing the development of LMC's infotainment system, I have not used or referred back to Karma's EE architecture (Gudmundsson Decl., Ex. 4). From my perspective, LMC is developing an entirely different infotainment system (and overall vehicle) than the one used or proposed by Karma, and thus LMC has nothing to gain by copying from Karma's EE architecture.

---

[2] *Id.*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**B.**    **Source Code**

35.    In my experience managing source code engineers and developers, it is not uncommon or unusual for them to make large "commits" with hundreds or even thousands of lines of code at once. Unless a developer is required to frequently commit the code he or she is working on to a central repository (e.g., on a daily basis), I commonly experience developers checking out software locally,  developing and saving their updates back to the repository when completed.  The duration may be short or long but will coincide with pre-established team milestones or checkpoints. This is standard   practice in software development, based on my 25 years of experience designing, developing and managing EE architecture and infotainment systems.

36.    I have personally checked out hundreds or thousands of lines of code at once for my work or review of that code, and then have "committed" or uploaded those hundreds or thousands of lines back into the repository all at once.

37.    Large commitments of infotainment source code to the central repository at LMC is particularly unsurprising to me, since LMC started developing its infotainment system and all of its associated code from scratch. LMC hired developers to develop its infotainment group before the LMC source code repository was established. Therefore, by the time we established the LMC GitHub repository, it is likely that some developers had created large amounts of code that was ready to be committed once the repository was established.  In addition, due to COVID,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

distributed development practices were in place where each developer was developing in a stand-alone methodology, local to their PCs and environments.

38.    It is also my experience in managing source code engineers that most, if not all, software developers have low-level source code that they repeatedly use as a starting point, or template, for any coding assignment. This type of utilitarian code is almost never proprietary; rather, it is typically either open source or widely known programming functions that are used on a regular basis to build out the unique higher-level functions the source code is ultimately designed for.  In other words, just as any construction worker would bring his hard hat, work gloves, hammer etc. to any work site, software developers similarly bring their "toolbox" of low-level, utilitarian, cross-functional source code to any development project.

39.    As a supervisor of software development, I would expect my developers to have this basic library, or "toolbox", of low-level utility source code to draw from.

## C.    Allegations Regarding Karma's Product Development System.

40.    From my time at Karma, I am aware of Karma's Product Development System ("KPDS"). The core feature of the KPDS is ███████████████████ ██████████████████████. Essentially, ███████████████████ ███████████████████. Production on the vehicle cannot move onto the next step, or through the gate, until all of these milestones are hit.

41.    While I remember the key functionality of the KPDS, LMC is not using the ████████████████ used by Karma. LMC's process does not ████████████, and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

14

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

instead is focused on a targeted production date.

42.    Karma also suggests that LMC copied, and is using, Karma's "█████ ██████████████████████" (or a version thereof) which contains Karma's allegedly unique and propriety software development milestones and software release names.

43.    LMC currently does not have a written "software validation test plan." Rather, I am in the process of working with Mr. Post (LMC's chief engineer) to locate and hire quality assurance (QA) and software validation teams to develop this process for LMC.  Until those employees are brought on board, I am overseeing an informal, unwritten, software validation process based on my 25 years of experience overseeing software development at several different companies, including BMW, Karma, and now LMC.

44.    Second, Karma's "proprietary" software release names such as "███ ████████████████████████████████████████████████ █████████" are not unique to Karma in any way. "BL" stands for "baseline" or "base lining", and the concept of aligning stages of software development with key production milestones is *virtually universal*.  In my experience, using numbers as the description of what baseline was achieved (i.e., ███████████████, etc.) is just a logical naming sequence used by many different companies and developers.  This terminology is frequently used both internally and with third-parties such as vendors.

45.    In fact, I used virtually identical integration steps, naming conventions,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

and software milestones, including baseline and Integration Steps which is analogous to BL, with my previous employers including BMW.

46.    I did not use the "KPDS roadmap" for any work outside of Karma.  My understanding is that document was "cached" automatically by Microsoft's OneNote application, which I have regularly used as a note taking tool for at least the last decade, including during my time at Karma.

**D.    Allegations Regarding Karma's Bill of Materials (BOM)**

47.    During my time at LMC, I have not used or referred to the bill of materials for any Karma bill of materials for purposes of developing the Endurance EE architecture or infotainment system.  I have also not used such a bill of materials for purposes of identifying potential vendors or negotiating better pricing.

[signature on next page]

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:

_____*Joe Durre*_____ 8/21/2021
Joe Durre

Baker & Hostetler llp
Attorneys at Law
Los Angeles

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT A

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/221910051

# Towards Automotive Embedded Systems with Self–X Properties

**Chapter** · January 2011

DOI: 10.5772/13559 · Source: InTech



CITATIONS
12

READS
2,065

3 authors, including:

Marc Zeller
Siemens
**95** PUBLICATIONS **355** CITATIONS

SEE PROFILE

Dirk Eilers
Fraunhofer Institute for Cognitive Systems
**33** PUBLICATIONS **128** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Model Based Safety Assessments View project

H2020 DEIS Project View project

All content following this page was uploaded by Gereon Weiss on 18 December 2013.

The user has requested enhancement of the downloaded file.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**21**

# Towards Automotive Embedded Systems with Self-X Properties

Gereon Weiss, Marc Zeller and Dirk Eilers
*Fraunhofer Institute for Communication Systems ESK*
*Germany*

## 1. Introduction

Since the first pieces of software have been introduced into automobiles in 1976, the complexity of automotive software systems is growing rapidly. Today automotive software is widely installed for diverse applications ranging from the infotainment domain (e.g. entertainment, navigation, etc.) with typically no real-time requirements to safety-critical control software (e.g. engine control, safety functionalities, etc.) with hard real-time requirements. In addition, many comfort functionalities of automobiles are realized by software nowadays (e.g. the control of the air condition system, electronic window regulator, etc.). Up to 90% of today's innovations in the automotive industry are realized by hard- and software (Pretschner et al., 2007). This results in up to 2,500 "atomic" functions realized in software on up to 67 electronic control units (ECUs) in modern high-end cars (Fürst, 2010).

For the future development of automobile electronics, there are two major trends: A growing number of functionalities and through this a growing importance of software in the car (Hardung et al., 2004). Future generations of cars will be equipped with many new, complex *features* (Czarnecki & Eisenecker, 2000). For example, functionalities to support active driving safety (e.g. driver assistance systems), features which enable new innovative driving concepts (e.g. engine control for hybrid vehicles), or new functionalities in the comfort domain (e.g. new infotainment features). Most of these functionalities will be realized in software, which increases the amount and importance of software within the automotive domain necessarily. But these new features will also increase the complexity of future vehicular system architectures. For instance, driver assistance systems increase the complexity because they interact with several in-vehicle domains, e.g. the power-train and infotainment domain. In future, the trend of establishing more and more interactions between software components will continue, e.g. through x-by-wire features, where mechanical transmission is replaced by electrical signals. This results in a growing interdependency of separated software domains and in an increased need for interconnection. Another important aspect is the continuously growing number of functional variants caused by customer-specific equipment options or country-specific regulations. At the same time, the demand on the software quality within the automotive domain is very high at all times. These requirements must be satisfied in the future, despite the increasing complexity of automotive software architectures. Even today it is a great challenge to manage these systems from the outside.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

In recent years, a lot of research has been done, trying to explore new methods for the management of general complex software systems. Within the research area of *Self-adaptation* (McKinley et al., 2004) and *Self-organization* (Serugendo et al., 2004) new paradigms for the management of complex systems have been introduced. Both approaches utilize control-loops for feedback-based control of the system. Self-adaptive systems realize the adaptation of the system in a top-down manner by setting global goals which are enforced hierarchically. On the contrary, self-organizing systems follow a bottom-up approach in which the local interaction of elements results in the intended global behavior. These paradigms for the development of general systems which are capable of adaptation also constitute a promising solution to master the complexity within automotive embedded systems (Weiss et al., 2009). Thereby, vehicular software systems can be enhanced with self-management capabilities. These so-called *self-x properties* (like self-configuration, self-healing, self-optimization or self-protection (Kephart & Chess, 2003)) improve the scalability, robustness and flexibility of the system.

In 2001 IBM introduced the *Autonomic Computing (AC)* paradigm (Horn, 2001). The main idea is the adaptation of the behavior of the central nervous system which interacts autonomously. As basic principle the management of *autonomic elements* is realized by a reconfiguration-cycle where each autonomic element monitors and analyzes the environment, plans its next steps and executes the resulting actions. Originally, the focus lies on the management of large-scale computer networks. With *Organic Computing (OC)* (Schmeck, 2005) a novel principle for self-organizing systems is given by imitating adaptive, life-like behavior in the nature. Self-organization is realized on different abstraction levels with observer/controller models utilizing control-loops. No particular field of application is addressed and interdisciplinary research is covered. With the *Self-adaptive Software Program* (Robertson et al., 2001) a very ambitious research field is addressed where software evaluates and changes its own behavior at runtime. Therefore descriptions of intentions and alternative behavior need to be added in the deployed software.

In the automotive sector several initiatives have already focused on evaluating self-x techniques for vehicles. A high-demanding goal for the future of transportation are autonomous cars which can adapt even in high complex scenarios as in urban traffic (Urmson & Whittaker, 2008). As promising as early results are, many - not only technical - problems are not solved yet and thus the practical appliance of autonomous driving is still not foreseeable yet.

For the in-vehicle information and entertainment functionalities the *Media Oriented Systems Transport (MOST)* bus (MOST Cooperation, 2008) is a widespread established standard. It facilitates functional composition with a powerful API and already features very limited self-x properties with its configuration management. The *Automotive Open System Architecture (AUTOSAR)* (AUTOSAR Consortium, 2010) initiative is a consortium with the goal of an open standard for the automotive software architecture. Through a component-based architecture the reuse and scalability of future automotive software is pursued. By a virtual integration of software components (*Virtual Function Bus*) the allocation of functions to ECUs can be assembled at design time. Even though this approach facilitates a more liberal way of the allocation, it does not support any dynamic allocation at runtime. Hence, self-adaptation techniques that rely on reallocation of functions cannot be applied. In (Trumler et al., 2007) self-healing and self-configuration is evaluated in a component-based automotive architecture which indicates the potentials arising with these techniques. Dinkel (Dinkel, 2008) focuses on the development and simulation of a completely new IT-

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Towards Automotive Embedded Systems with Self-X Properties                    413

architecture for future cars with self-x capabilities. It utilizes Java and OSGi for simulation purposes and is not applied in the field. The DySCAS project (Anthony et al., 2006) focuses on developing a middleware enabling dynamic self-configuration in today's cars. For the reconfiguration of the system a policy-based mechanism is utilized. Another approach was proposed by DaimlerChrysler (Hofmann & Leboch, 2005). The *EvoArch* project tries to put more value on the autonomy of the different parts of the automobile enhancing the automobile with self-x properties. Within the research project ReCoNets (Teich et al., 2006) fault-tolerance is addressed by bringing Hardware/Software- Reconfiguration into the automobile. Although, reallocation of both hardware and software is a consequent progression of the currently advancing adaptivity and decomposability, it is not aligned with present automotive development method (e.g. FPGA reconfiguration).

As briefly described before, different approaches are in progress enabling self-x properties in future cars with various degrees of a possible adaptation. Many open challenges need to be researched for meeting the domain-specific requirements of automotive electronic systems (e.g. the verification of adaptation). But no project focuses on the embedding of techniques in present automotive electronic systems allowing a transition to self-adaptive systems.



Fig. 1. Self-adaptation in the context of automotive embedded systems

The characteristics of *self-adaptive* or *self-organized systems* might provide a solution for the growing complexity in the automotive domain. Within this chapter we present an approach for enhancing automotive embedded software systems with self-x properties which increases the scalability, robustness and flexibility of vehicular software systems (cp. Figure 1). The structure of this paper is organized as follows: In Section 3 we present the challenges in the realization of self-x properties in automotive embedded systems. Afterwards, we illustrate the advantages of self-adapting automotive software systems by presenting concrete use cases. Our model-based approach to design self-adaptive automotive software systems is outlined in Section 5. In Section 6 we introduce an approach to realize self-x capabilities during runtime. Finally, we conclude the chapter in Section 7.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## 2. Self-adaptation in the context of automotive embedded systems

Under the umbrella term self-adaptation a set of terms is defined, e.g. self-x properties. In this section we will explain relevant terms in the domain-specific context of automotive embedded systems.

Self-adaptive software systems must be able to adapt the behavior (*Behavioral Adaptation*) or/and the structure (*Structural Adaptation*) of the system to changes in the environment or within the system itself (Zadeh, 1963)(McKinley et al., 2004). To adapt itself autonomously, the system must be able to detect and to evaluate its own context. Therefore, a model of the system and its feasible states is needed. The comparison of the currently detected context and the reference situation of the system model enables the evaluation of the current system state. This so-called *Self-Awareness* is the basis for the adaptation of the system or a sub-system.

During runtime self-awareness is enabled by the *Self-Description* of each component within the system. The language and the scope of this description must be as small as possible to fulfill their purpose. Furthermore, the description must be processable by an embedded system with limited resources.

Today, there are already examples for adaptive behavior in modern automobiles. For example, the engine control adapts the fuel injection according to the current road behavior. But this kind of adaptivity is limited to control applications and allows adaptation only in predetermined variants. To fully exploit the potentials of adaptivity, it is not practical to limit the variability by calculating all possible system configurations in advance (during design time). Due to the enormous amount of possible variability in today's and future automotive software systems, it is necessary to adapt the system dynamically at runtime (*Dynamic Reconfiguration*) (Geihs, 2008).

With respect to (Hofmeister, 1993) three different kinds of dynamic reconfiguration can be differentiated:

1. The implementation of a component is replaced by another one (Behavioral Adaptation).
2. The relation between components of the system is modified. New components and features can be added or removed (Behavioral Adaptation).
3. The allocation of the software components is changed without the modification of the logical structure. Therefore, components are migrated from one hardware platform to another (Structural Adaptation).

In the context of automotive embedded systems behavioral adaptation is achieved by the dynamic activation or deactivation of specific software-based features during runtime. Structural adaptation is realized by the dynamic reallocation of software components onto the available control units during runtime.

To apply dynamic reconfiguration successfully in the context of automotive embedded systems, we have to deal with so-called *emergent behavior*. Emergence is defined as a property of a total system which cannot be derived from the simple summation of properties of its constituent sub-systems (Müller-Schloer, 2004). It is a result of self-adaptive or self-organizing processes and leads to a system behavior which is not explicitly defined (Wolf & Holvoet, 2004). This may lead to unwanted or uncontrolled behavior - so-called *emergent misbehavior* (Mogul, 2005). Because automotive embedded systems provide safety-relevant applications (e.g. airbag), it is very important that the predefined requirements and constraints of the system are preserved during runtime. Therefore, emergent behavior is not tolerated in adaptive automotive software systems.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Instead, the aim of self-adaptation in the context of vehicles is to improve to the system with different self-x properties:

**Self-Management:** The system must be able to manage its own functionalities without actions from outside the system. The complexity of the system management task can be decreased by increasing the management capability of single components. For example, by adding a self-description to each element within the system the current status of self-aware elements does not need to be supervised continuously. Thereby, a divide-and-conquer strategy is applied. The more complex the management of individual elements is, the less complex is the management of the overall system. In the context of automotive embedded systems, a trade-off is needed between the self-management of the overall system and the management of individual parts of the system.

**Self-Configuration:** Today, the configuration of complex systems (e.g. vehicular software systems) is performed by experts. By enhancing a system with self-configuration capabilities, it is possible to find a feasible configuration in a distributed and autonomous way. Thus, the manual and error-prone configuration process can be omitted. Furthermore, self-configuration enables the dynamic integration of new components and features during the runtime of the system. For example, in today's cars the autonomous configuration is already supported by the infotainment system MOST in which a central instance - the so-called *NetworkMaster* - enables the configuration of features (*MOST FBlocks*) independent from their position.

**Self-Healing:** The autonomous diagnosis of the current system state enables the detection of invalid system states. Afterwards, a valid system state is restored by means of self-healing. The self-healing process is supported by the self-configuration capabilities of the system. To achieve the complete "healing" of the system a certain degree of redundancy is assumed. The ability to heal itself is growing with the size of the overall system. Thus, self-healing is especially interesting in the field of infotainment and telematics applications. Delays due to the process of self-healing must be considered additionally during system design.

**Self-Protection:** Self-protection of specific elements is necessary if the system is operating in a dynamic environment. For automobiles which are divided into different separated domains of automotive software, self-protection is an additional overhead which is not justifiable in the context of present automotive embedded systems. But the protection against critical system states and the prediction of problematic conditions is an option to prevent the system from failures and to satisfy the safety requirements within the automotive domain. Furthermore, by opening the in-vehicle communication to the outside world (e.g. car-2-x communication (CAR 2 CAR Communication Consortium, 2010), the importance of self-protection will increase.

**Self-Optimization:** The proactive search of a specific element for new opportunities to optimize its own behavior helps to reach the optimal system state. But to achieve such an optimization, resources are continuously needed. In the context of automobiles, it is necessary to evaluate carefully if this effort for self-optimization is justifiable. Context-based self-optimization in terms of different predefined scenarios may be a potential trade-off for automobiles.

To use the full potential of the previously described self-x properties in automotive embedded systems, certain challenges must be met. In the next Section we will describe these challenges in detail.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## 3. Challenges in realizing self-x properties in automotive embedded systems

For realizing self-adaptive software systems for automobiles which enhance the system with self-x properties, several challenges have to be addressed which we describe in the following. Today, the software-based features of modern vehicles are statically assigned to specific ECUs. Since the number of control units cannot be expanded arbitrarily for the integration of new features, new concepts for the dynamic allocation of features to ECUs are needed. The Automotive Open System Architecture (AUTOSAR) (AUTOSAR Consortium, 2010) initiative aims to establish a standardized software architecture for cars since 2002. By using a component-based approach, the reusability and the scalability of automotive software is increased. The so-called *Virtual Function Bus (VFB)* enables the virtual integration of software components by allocating these components to ECUs during design time. Thereby, the flexibility of designing automotive embedded systems is increased. However, with a more modular approach like AUTOSAR there is the need to decompose features into services and services into atomic functions. This approach enables the reuse of functionalities and reduces the overhead by eliminating redundant implementations within the software system. Furthermore, more freedom for the runtime adaptation is achieved by a more fine-granular decomposition of features.

Modern runtime environments for automotive software, like *Offene Systeme und deren Schnittstellen für die Elektronik in Kraftfahrzeugen (OSEK)* (OSEK VDX Portal, n.d.) or AUTOSAR, are only configured statically during design time. Within statically designed systems most of the available resources are assigned permanently. Dynamic changes of this configuration (e.g. creating a new task) during runtime are not allowed. As runtime adaptation is needed to control the growing complexity, a runtime resource and conflict management is inevitable for the dynamic reconfiguration of the system (e.g. instead of a statically resolved virtual function bus with fixed port assignments in AUTOSAR, a real communication bus with a dynamic scheduling is needed). Therefore, the resources of each ECU - like CPU, memory, etc. – must be managed dynamically.

Although sensors and actuators are separated from the computation, there is still the necessity for locality of the software functions to access the sensor/actuator data in today's automotive embedded systems. Caused by the growing cross-linking of different functionalities – even inter-domain (e.g. caused by driver assistance features) - sensor and actuator data must be accessible by all features. Techniques like publish/subscribe and distributed data access might ease this problem. By the complete separation of sensors or actuators from the computation (control unit), their data can be accessed throughout the whole in-vehicle network. In case of an ECU breakdown the data of sensors or actuators will still be available. Thus, a more flexible distribution of software components is enabled which is mandatory to tap the full optimization potential of self-adaptation.

Another challenge for the realization of self-x properties poses the heterogeneity of today's vehicle electrical system architecture where diverse technologies are incorporated. The various hardware platforms and the different interconnection systems make it difficult to reallocate software components to different ECUs during runtime. For the migration to a different ECU, software components must be recompiled which increases the latency to adapt the system enormously or the program code of each component must be pre-compiled for the corresponding hardware platform and stored within the in-vehicle network. But for the various hardware platforms in today's automobiles the memory capacity must be increased significantly which is not cost-effective. Only an abstraction from the underlying

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

technology (e.g. via a runtime environment or middleware) will allow the interaction of the components and thus the efficient self-adaptation of the overall system.

In the automotive domain several applications with divergent safety and real-time requirements (specified as *Safety Integrity Level, SIL* (International Electrotechnical Commission (IEC), 1998)) are composed to one system. Presently, the requirements are met by a separation into domains (infotainment, power-train, comfort and chassis). Thus, a major challenge is to guarantee and meet the safety requirements of automotive systems even in adaptive systems (for example the ability to satisfy hard timing constraints). This results in an implied limitation of possible configurations of the system. The mandatory system constraints must be extracted during the design process and enforced during runtime. Thereby, the reconfiguration process of the system must not influence the behavior of safety-critical features. For this reason, the constraints and the effects of the adaptation must be considered in safety-relevant systems - like automobiles.

To realize self-adaptive or self-organizing (technical) systems a control instance is needed which collects information about the system, analyses these information and decides how to adapt the system to reach the predefined objectives (Mühl et al., 2007). Such a control instance must ensure that the system is in a correct state at any time. Present automotive systems have no capabilities to describe their properties and requirements at runtime so that a controller instance could not obtain enough information about the current systems state, only deduced information. Accordingly, a description of the components has to be made available at runtime. For component-based approaches a self-description (for hardware and software components) generated out of the design seems promising. But a trade-off between the expressiveness with more potential for self-adaptation and the overhead of a higher complexity for analysis algorithms has to be done.

To address these challenges in realizing self-adaptive automotive embedded systems with self-x properties, a design process is necessary which allows the modeling and the verification of adaptivity while considering the domain-specific requirements. Furthermore, we need a runtime environment which monitors the requirements and constraints specified during design and which enables the dynamic reconfiguration of the system. Before we introduce these concepts in Section 5 and 6, use cases which exploit self-x properties of automobiles are presented in the next section.

## 4. Use cases for the application of self-x properties in automobiles

By enhancing the automotive software system with the self-x properties as described in Section 2, significant improvements beyond today's state of the art may be realized.

### 4.1 Resource optimization

A car operates in a continuously changing environment. On the freeway, features like the cruise control system, the lane departure warning system or the adaptive driving speed control are used. While driving in the city, other or modified driver assistance features are needed (e.g. the parking assistant system). The night view assistant, adaptive headlights or the high-beam assistant are only used by night or in cases of restricted view. To reach the optimal utilization of the available resources, individual features have to be used situation-based. Thereby, the required hardware resources are reduced by mutually exclusive features. The situation-based deactivation of unnecessary but simultaneously possible features saves resources (e.g. energy, computing time, etc.) during runtime.

## 4.2 Fault tolerance

Due to reasons of cost and efficiency, there is almost no redundancy in today's automobiles. The failure of software-based functionalities must be repaired normally by a specialized car repair. In some cases, the failure of an electronic component may lead to the total breakdown of the car. These failures within the car's electric/electronic are very negative experiences for the customers and in worst case may possibly threaten the life of the driver. By enhancing automotive embedded systems with self-healing capabilities, the fault tolerance and the availability of the systems is increased by software without costs for additional hardware resources. For example, the failure of a control unit can be compensated by the dynamic adaptation of the system's structure. Thus, a temporary *emergency operation* of the automotive embedded system is enabled by equipping the system with self-x properties. Life-threatening situations for the driver can be avoided and the satisfaction of the customers can be increased.

## 4.3 Third party consumer device integration

Today, the replacement of vehicle components, the upgrade of new components (after-market products) within the car repair or the update of the vehicular software may lead to problems because the software versions of specific components may not be compatible with the shipped vehicle software. Furthermore, the user demand for integrating modern consumer devices (e.g. mobile phones, smart phones, PDAs, etc.) into the vehicle is very high. The short lifecycles (especially in comparison to the life-cycles of automobiles) and the diversity of these devices have led to proprietary solutions for connecting consumer devices to the vehicle infotainment system. Enhancing the automotive embedded system by self-configuration enables the seamless, flexible and scalable integration of new software-based features, new hardware components and consumer devices. Thereby, failures due to software versions which are incompatible are eliminated. Based on the autonomous allocation of software components to ECUs, self-configuration reduces the complexity for the system integrator and the effort during the production of the automobile. The error-prone manual assignment of features to hardware platforms and the time-consuming flashing (software deployment) of the ECUs during the end-of-line production can be omitted.

## 4.4 Partial in-vehicle network operation

Another use case which can be enabled by self-adaptive automotive systems with self-x properties is the partial in-vehicle network operation. In this use case certain parts of the in-vehicle network or single ECUs can be shut down to save resources (e.g. energy) during runtime. This can be done in certain contexts (situations) when all features located in a distinct area of the network are not required or can be substituted by functions running on other platforms. These functions might be started dynamically or for simplicity run as shadow tasks in the background all the time. The potential benefits of a partial in-vehicle network operation of course strongly depend on the mapping of software components to the ECUs. For an optimal allocation, with respect to the partial in-vehicle network operation, the distribution should cluster functionality which is and is not used in the same context. Self-x properties may improve the partial in-vehicle network operation by dynamically reallocating software components to shut down even more parts of the network.

## 5. Designing automotive embedded systems with self-x properties

Nowadays software development in the automobile area has been dominated by its traditional development of mechanical components, as it has been practiced for the last decades. With the growing number of automobile features realized mainly in software, the design process is becoming more and more challenging. For managing the complexity of distributed embedded systems like automotive electronic systems a specialized software development process is necessary which allows the abstraction and realization of single system components and the whole system. Therefore, the description and the description language are a critical factor how well - in terms of how close to the reality - the system can be modeled on different layers of abstraction. In a distributed adaptive system with self-x properties - beneath the static description - the dynamic description in particular is of great importance.

An architecture of a software system is generally described by an *Architecture Description Language*. In the automobile domain several efforts for the system modeling are undertaken. EAST-ADL (Electronics Architecture and Software Technology - Architecture Description Language) (Cuenot et al., 2008) as a domain-specific architecture description language is a promising standard for the seamless automotive architecture design. On the Implementation Level it also targets the component-based architecture AUTOSAR (AUTOSAR Consortium, 2010) allowing an integration with this standard. In our approach we foresee to utilize EAST-ADL as basis for describing an automotive electronic system enhanced with self-x properties. EAST-ADL allows the design of static automotive systems based on UML (EAST-ADL2, 2010), but for adaptive systems with self-x properties it has to be enhanced, e.g. by considering dynamic behavior at runtime. Additionally defined attributes are modeled to specify the runtime variability of the EAST-ADL system components. Thereby, for example self-configuration and self-healing can be supported by annotating components to be reconfigurable at runtime. Thus, they can be instantiated in a self-configuration or self-healing process.

The design space of runtime adaptive systems with self-x properties increases exponentially in terms of possible runtime configurations. Thus, special emphasis has to be placed on the *validation of the dynamic behavior* in early design phases. This allows an iterative validation of the system and its adaptation behavior leading to find faults early in the development process. By this, the development costs can be decreased as late design changes typically result in drastically increased costs. The designed and validated system has to be executed by a tailored runtime environment as outlined in Section 6. The allowed degree of variability has to be defined in the design to comply with requirements on the system safety. An uncontrolled self-organization is not feasible in safety-related systems as certain requirements need to be met at any time. Especially, the abstraction of the definition of the adaptation is crucial. For the validation of the system and its behavior this should be defined on a rather high level of abstraction. Thereby, the allowed nominal behavior - including the adaptation behavior – can be constrained. On a high level of abstraction so-called features can be modeled representing user-visual functionality. Additional to static features which are present in a product, dynamic features can be defined. These represent adaptive functionality on an abstract level. They contain interdependencies and distinct selection criteria which define their selection at runtime. Derived contexts can be used to select a set of dynamic features with respect to the actual driving situation. Car manufacturers may specify distinct scenarios (e.g. driving situations) in which defined functions of the automobile are necessary.

Case 8:20-cv-02104-JVS-DFM    Document 137-7    Filed 08/23/21    Page 29 of 77    Page
ID #:9503
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Fig. 2. Integration of SystemC validation on EAST-ADL layers of abstraction

For the iterative validation of the design we use SystemC simulations. SystemC is a standardized system modeling and simulation language which supports Hardware/Software-Co-Design and Co-Simulation. It is specified and promoted by the *Open SystemC Initiative (OSCI)* (Open SystemC Initiative (OSCI), 2010) and has been approved by the IEEE Standards Association as IEEE 1666-2005 (IEEE, 2005). Based on the wide-spread programming language C++, SystemC provides artifacts to simulate concurrent processes and an event-driven simulation kernel. It incorporates semantic constructs of hardware description languages (like VHDL and Verilog) and can be used to model the holistic system using plain C++. A stepwise refinement in a top-down design process is realized with the SystemC *Transaction-Level Modeling* (TLM) (Cai & Gajski, 2003) methodology. TLM is a methodology used for modeling digital systems which separates the details of communication among computational components from the details of the computational components. Details of communication or computation can be hidden in early stages of the design and added later. Since the application of SystemC for a simulation-based validation of automotive electronic systems is a promising approach for the design exploration and hardware sizing, it is integrated within our approach for adaptive automotive systems with self-x properties. Therefore, we adopt SystemC in the development process with architecture descriptions based on EAST-ADL. An automatic transformation of the layers of abstraction of EAST-ADL to the SystemC TLM levels is performed (see Figure 2) which enables a simulation-based validation. Thereby, architecture models can be iteratively refined and improved in the development process. Through this, adaptive automobile systems can be seamlessly developed and described. The design of such a system including the defined adaptivity has to be realized and enforced at runtime in the end, which is described in Section 6. In the next section we present an automotive example which has been designed with the above methodology and validated by a SystemC simulation.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## 5.1 Automotive example for validation

As outlined before, in the design of automotive systems with self-x properties the validation of such systems is increasingly challenging. Therefore, we transform EAST-ADL models to executable SystemC models in a prototypical tool-chain. For evaluation purposes an automotive case study (Hardung et al., 2004) has been modeled in EAST-ADL and transformed to SystemC simulations on different levels of abstraction.

The use case is located within the so-called body domain of an automobile and consists of the four features *exterior light*, *direction indication*, *central door locking* and *keyless door entry*. The exterior light feature allows controlling the front and rear lights of the vehicle. The lights can be switched on/off manually or automatically through darkness or rain detected by the rain/light sensor. These inputs are interpreted by the function exterior light control which controls the light units (front and rear). For the direction indication a direction indication switch can be used to signal the turning direction. With the hazard light switch, risky driving situations can be signaled to other road users. Therefore, the direction indication master control informs the direction indication front and rear controls about the designated status of the direction indication lights. These turn the direction indication lights on or off in the front and rear light units. Central door locking allows locking and unlocking all doors simultaneously by using the key in the lock or by radio transmission. A radio receiver signals the information to the central door locking control. This function flashes the direction indication lights for a feedback to the driver and controls the four door locks of the car. An additional feature to the un-/locking of an automobile is the keyless entry. A driver can approach his car with the key in his pocket and the doors will unlock automatically. It can be locked by simply pressing a button on the door handle. Antenna components detect the key in the surrounding and inform the central door locking function which in turn unlocks the doors. With respect to the interaction with exterior light (which gives feedback via the direction indication lights), it does not make any difference whether the doors have been unlocked in a standard way or via the keyless entry. At Analysis Level this use case is modelled in EAST-ADL by so-called *FunctionalDevices* components: *KeylessEntryController*, *CentralDoorLockingController*, *DirectionIndicationMasterController*, *DirectionIndicationFront-Controller*, *DirectionIndicationRearController* and *ExteriorLightController* as is depicted in Figure 3. The behavior of these functionalities is described as UML opaque behavior of the components (C++ source code). Additionally, behavior can also be modeled with UML Statecharts as a UML based behavior specification. Communication is designed as data flow between the components represented by `FunctionFlowPorts` and `FunctionConnectors`. A SystemC simulation generated from this level includes modules interconnected for each of the above mentioned FunctionalDevices. They implement the respective behavior of these modeled components in a thread of the module. A simulation based on the abstract EAST-ADL Analysis Level of the use case was realized. Thus, the interaction of the abstract modeled functionalities can be validated with a simulation-based analysis.

At Design Level the use case is modeled in a Functional Design Architecture (FDA) representing the software parts and a Hardware Design Architecture (HDA) representing the hardware parts of the use case realization. The FDA includes `DesignFunctionTypes` for the software functionalities of the use case and `LocalDeviceManagers` representing the software access to the modeled sensors and actuators. Latter are designed in the HDA together with the hardware platforms (`Nodes`) and the interconnecting `LocalBus`. Components in the FDA are interconnected with `FunctionConnectors` and in the HDA



Fig. 3. Composite diagram of the use case at Analysis Level

with `HardwareConnectors`. Additionally, `LocalDeviceManagers` exist for each depicted *Sensor* and *Actuator* in the Functional Design Architecture which are not explicitly displayed in this figure. The generated SystemC implementation of the use case at Design Level - which models software and hardware explicitly - is depicted in Figure 4. It includes the use of a framework for automotive-specific modules. For example, ECUs and software functions can be included out of a library as specific *sc_module* implementations. As can be derived from Figure 4 the EAST-ADL Design Level components are generated as *sc_modules* representing software functions. These modules are included in another SystemC module which realizes a hardware platform with attached sensors and actuators in form of *sc_modules*. These hardware platforms are interconnected by a module implementation of the



Fig. 4. Overview of the generated SystemC simulation at the Design Level

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

defined *LocalBus*. SystemC interfaces and channels realize the concrete interconnections of the modules. For example, a specialized type of *sc_interface* (*EcuSw_If*) realizes the communication between software functions and ECU modules.

The introduced *transformation* is realized in a prototypical *toolchain* which integrates into the Eclipse environment as a plug-in. By this, it can easily be used with EAST-ADL models based on UML in Eclipse (e.g. with the Papyrus UML modeling tool which supports EAST-ADL). The transformations itself are implemented as templates of the *Xpand* model-to-text transformation language. They use EAST-ADL models as input and generate the single SystemC files according to the mapping of the languages. Currently, simulations can be generated from the Analysis Level or Design Level. Simple checks allow to examine the conformity for a simulation. Because a generation of incomplete models in early design stages should be possible, the checks are only as strict as needed for generating correct SystemC simulations. This supports the iterative simulation of ADL models in the design process. For the simulation at Design Level we utilize a self-developed framework called *DynaSim* which allows the modeling of an automotive in-vehicle network in SystemC. The generated files refer to SystemC models in the DynaSim library (e.g. ECUs or software functions). By this, a simulation can be performed considering the automotive-specific system environment. We have briefly introduced our approach for the validation of self-x properties in adaptive automotive systems at different design stages on the basis of a case study. Since the designed properties of the models have to be ensured at runtime, the next section focuses on the runtime mechanisms.

## 6. Enforcing self-x properties during runtime

To enforce self-x properties in automotive embedded systems during runtime, an adopted runtime environment is needed. This must provide mechanisms to manage system resources dynamically and must enable the structural and behavioral adaptation of the automotive software system. Furthermore, it is essential to satisfy all mandatory requirements and constraints which are defined during the design process (see Section 5). Thereby, the correct system behavior can be guaranteed during runtime and unwanted or uncontrolled behavior can be avoided. In our approach this is realized by using a control loop based mechanism according to the AC paradigm. The automotive embedded system is monitored continuously, changes are analyzed and adaptations of the system are planed and executed.

Especially for automotive systems with various requirements and constraints, enabling self-x properties and building such a control loop is a difficult task. Not only functional but also non-functional requirements (e.g. timing, safety) have to be met during runtime. Generally, automotive software features are divided into so-called *Safety Integrity Level (SIL)* according to their safety relevance. Each SIL has different requirements which must be considered by the control loop accordingly. For example, a safety-critical feature (e.g. the airbag control) may not be affected at any time - even during reconfiguration. However, a feature from the infotainment domain (e.g. the hands-free kit) can be deactivated during reconfiguration without life-threatening consequences. The control architecture of the automotive embedded systems must take these requirements into account.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

424                          New Trends and Developments in Automotive System Engineering

Furthermore, the control architecture of a self-adaptive system which provides safety-relevant applications has to be highly dependable and needs to provide the necessary degree of flexibility to react on changing conditions in an appropriate way. Therefore, managing the whole system by one single control loop is complex and results in a single-point-of-failure.

In order to cope with these requirements, a divide-and-conquer strategy can be applied which is partitioning the system into smaller entities - so-called *clusters*. A cluster is defined as a logic group of software components as well as a sub-set of requirements and system objectives which have to be met by all of software components within the cluster.

The partitioning of the system into different clusters can be based on different criteria:

•   Functional dependencies
•   Non-functional dependencies
•   Physical location of the functions
•   Requirements and system objectives

These criteria can be combined in any way in order to provide an optimal segmentation of the automotive software system. In this context, an optimal segmentation means that decisions can be made in a single cluster from a local point of view without interfering other clusters.

Repeated partitioning of the system leads to a hierarchy of clusters, representing the entire automotive software system. Each cluster within this hierarchy is controlled by its own control loop resulting in a hierarchical multi-layered control architecture (cp. Figure 5). This control loop is an external component which is not included in the cluster itself. It is monitoring and controlling the current state of a cluster continuously, so that all requirements and system objectives are satisfied. If one of the defined requirements or system objectives is not met anymore, the affected cluster must be adapted in order to meet all requirements and system objectives again. This is either done by the reassignment of software components to different ECUs (structural adaptation) or by the activation/deactivation of specific software-based features (behavioral adaptation).

The clusters on the lower layers have a local scope with only a few requirements to be satisfied and software components to be controlled. Thereby, an individual implementation of the control loop and a fast reaction on changes is possible. Many clusters have only one system objective, so tailored methods and algorithms can be applied for the observation and control of the cluster. Due to different implementations of the control cycle, the control architecture can be customized individually for the different needs of the automotive software domains. As a drawback, the clusters on the lower layers have a restricted scope and may not be capable of finding a new valid assignment of software components to ECUs.

On higher layers, the number of software components managed by a cluster is increasing, as the number of requirements and system objectives, which have to be met. Thus, on the one hand the chance of finding a new allocation which satisfies all requirements is increased; one the other hand, it is more complex to find one at all.

The *Root Cluster* on the top layer represents the top element in the hierarchy and manages the entire automotive embedded system. But it is only involved in the self-adaptation process as a last instance. The Root Cluster is not aware of the decisions made on the lower clusters.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Within an *n*-layered control architecture up to *n* control loops are involved in the process of self-adaptation. In worst case, calculations of the control cycle are performed *n* times until a new valid allocation is found, resulting in a long response time to changes and a certain overhead. To reduce this overhead, partial solutions of calculations are passed to the next higher layer and will be reused there. But nevertheless, a trade-off is needed between the overhead provided by each new layer added to the control architecture and the advantages gained by it.

Each control loop within the hierarchical multi-layered control architecture consists of four stages, according to the AC paradigm:

**Monitoring:** Certain parameters of the system must be monitored continuously to detect changes quickly and dependably within the system's environment or within the system itself. To enhance the system with self-healing capabilities, malfunctions must be discovered autonomously. Traditionally, monitoring and fault detection recognize the malfunction of individual components. Thereby, the expected behavior is compared to the actual behavior of the component. If the actual behavior deviates from the expected behavior, a failure is likely. The representation of the expected behavior or the measurement of the actual behavior is very specific and tailored for a certain component. With growing complexity, interdependencies and distribution of the vehicles software features the following problems need to be solved:

- Monitoring the complete system behavior: Although each individual component is working correctly, the overall system exhibits incorrect behavior.
- Monitoring the dynamic system behavior: Adaptive systems may operate in different system configurations. Thus, it is difficult to predict all possible configurations (State Explosion) and to monitor the system with static monitoring techniques.
- Detection of unknown failures: Today's monitoring techniques have limited abilities to discover unknown failures during runtime. This is due to the use of error patterns to identify specific errors in most monitoring mechanisms. Errors which do not match the predefined patterns are not detected.

**Analysis:** During the analysis stage the present, the desired and the future state of the system must be detected and predicted. Thereby, the analysis stage is closely linked to the monitoring stage, because the observations from the monitoring of the system are directly passed to the analysis. In contrary to the monitoring stage, the analysis of the system uses additional information (e.g. current environmental conditions, predefined system objectives, etc.) for the evaluation of the actual system state. The so-called *Livingstone Model (Cimatti et al., 2003)* may be used for this purpose. It describes a model-based diagnostic mechanism for autonomous spacecrafts with self-configuration capabilities. Therefore, it compares the predicted behavior with the actual behavior and makes statements concerning the needed actions based on the model of the system. In diagnosis, information about which features are needed for the further operation of the system beyond the detection of error causes are made depending on the current environmental conditions of the system and the system's objective (Williams et al., 1996). With these information about the available resources and the features needed in future which are gained from the analysis stage, the next stage (planning) may find a new allocation of software components to ECUs.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Planning:** The planning stage creates or composes a set of actions to modify the managed elements of the system. In the context of automotive embedded systems the planning stage determines a new set of features and a new allocation of software components and control units which fulfills all predefined requirements. This allocation problem can be either expressed as *Generalized Assignment Problem (GAP)* (Cattrysse & VanWassenhove, 1990) or as *Constraint Satisfaction Problem (CSP)* (Dinkel & Baumgarten, 2007). Since the allocation problem is a $\mathcal{NP}$-hard optimization problem, a heuristic approach is needed to solve this problem during runtime. The challenge of the planing stage is to find a trade-off between the computation time and the quality of the solution in order to satisfy the requirements of the automotive domain.

**Execution:** The execution stage of the control cycle provides mechanisms to execute the plan determined by the planning stage in order to adapt the system. Within the vehicular software system these changes refer to the activation or deactivation of features as well as the migration of software components to different ECUs. In the context of safety-relevant applications, it is important that the normal system behavior is not disturbed during the reconfiguration of the system. The migration of software components can be chosen whether the context of the software component (variables, program stack, etc.), the program code (binary or source code) or both is transfered to another ECU. Thus, for example, a safety-relevant feature may exist on several ECUs. In case of a migration only the current context of this feature must be transfered to another ECU. Other features may be recompiled for the target hardware platform in case of a migration and transmitted as binary code. According to the predefined requirements of a feature, specific techniques for the migration of software components may be used.

As pointed out before, a multi-layered control architecture provides the necessary performance and degree of flexibility to react on changes within the system's environment or within the system itself in an adequate way. Thus, it is possible to supervise these requirements predefined during the design and to adapt the system if one of the requirements is not satisfied anymore. Small clusters with individually tailored control loops can react quickly, while clusters on higher layers have a wider scope and more information to find the optimal configuration of the automotive embedded system. Thus, the chance of finding a new valid allocation of software components to ECUs is better on upper layers. Furthermore, a software component is always supervised by more than one control loop. This avoids single-point-of-failures and increases the dependability of the control architecture. In comparison to other control architectures the hierarchical multi-layered approach reduces the complexity of the self-adaptation process within automotive embedded systems (Zeller et al., 2009). Thus, the hierarchical multi-layered control architecture enables the extension of automotive embedded systems by self-x properties like self-configuration, self-healing and self-optimization.

### 6.1 Example control architecture for today's automotive embedded systems

Managing today's vehicle software systems, means managing about 270 features, running on nearly 70 different ECUs (Pretschner et al., 2007). These ECUs and various sensors and actuators are interconnected through different network buses.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Nowadays there are three major vehicle network systems (cp. Figure 6): The most common network technology used in vehicles is the *Controller Area Network (CAN)* bus (Robert Bosch GmbH, 1991). CAN is a multi-master broadcast bus for connecting ECUs without central control, providing real-time capable data transmission. FlexRay (FlexRay Consortium, 2005) is a fast, deterministic and fault-tolerant automotive network technology. It is designed to be faster and more reliable than CAN. Therefore, it is used in the field of safety-critical applications (e.g. active and passive safety systems). The *Media Oriented Systems Transport (MOST)* (MOST Cooperation, 2008) bus is used for interconnecting multimedia and infotainment components proving high data rates and synchronous channels for the transmission of audio and video data.



Fig. 6. In-vehicle network topology of a BMW 7-series (Source: BMW AG, 2005)

The vehicle features reach from infotainment functionalities without real-time requirements over features with soft real-time requirements in the comfort domain up to safety-critical features with hard real-time requirements in the chassis or power train domain. Therefore, various requirements and very diverse system objectives have to be satisfied during runtime.

By using a multi-layered control architecture it is possible to manage the complexity and heterogeneity of modern vehicle electronics and to enable adaptivity and self-x properties. To achieve a high degree of dependability and a quick reaction to changes, we use different criteria for partitioning the automotive embedded system into clusters (see Figure 7):

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Fig. 7. Example of a hierarchical multi-layered architecture for today's automotive
embedded systems

In a first step, the whole system (*Vehicle Cluster* on the top layer) is divided into the five
*Safety Integrity Levels (SIL 0-4)* (International Electrotechnical Commission (IEC), 1998),
because features with the same requirements on functional safety can be managed using the
same algorithms and reconfiguration mechanisms. Nowadays, this classification is more
appropriate than the traditional division into different automotive software domains
because most new driver-assistance features do not fit into this domain-separated
classification anymore.

In a second partitioning, the system is divided into the physical location of the vehicle's
features according to the network bus the feature is designed for. This layer is added, so that
all features with the same or similar communication requirements (e.g. required bandwidth)
and real-time requirements can be controlled in the same way.

On the next layer, each *Network Cluster* is divided into the different features which are
communicating using this vehicle network bus. Hence, each feature is controlled by its own
control loop, managing its individual requirements and system objectives.

Most features within the automotive domain are composed of several software components
as well as sensors and actuators. One example is the Adaptive Cruise Control (ACC) feature
which can automatically adjust the car's speed to maintain a safe distance to the vehicle in
front. This is achieved through a radar headway sensor to detect the position and the speed
of the leading vehicle, a digital signal processor and a longitudinal controller for calculating

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

the car's deceleration. If the leading vehicle slows down or if another object is detected by the radar sensor, the system sends a signal to the braking system (the actuators) to decelerate. When the road is clear, the system will re-accelerate the vehicle back to the set speed of the cruise control.

On the bottom layer, each feature is decomposed into one or more *services* by which the feature is composed of. For example, the *ACC Feature Cluster* can be decomposed into the radar sensor service, the digital signal processing service, the longitudinal controller service and the engine and braking system services to decelerate. Each sensor, actuator and computation or controlling algorithm is a software-based function represented by a service. Each *Service Cluster* consists of either one or several software components (so-called *functions*) and represents the lowest control layer in our approach. Because services are often used by more than one feature, a service may be part of more than one Feature Cluster.

This hierarchical multi-layered control architecture provides a suitable mechanism for realizing adaptive automotive embedded systems. The requirements specified during design (see Section 5) can be enforced during runtime and self-x properties like self-healing, self-optimization or self-configuration are enabled by a control loop based approach.

## 7. Conclusion

The growing complexity of automotive software systems is getting more and more unmanageable. Enhancing these systems with self-x properties (e.g. self-healing or self-configuration) by self-adaptation or self-organization may overcome these problem. This increases the flexibility and efficiency of complex software systems at the same time. In this chapter, we described the domain-specific challenges in realizing self-adaptive automotive embedded systems which provide self-x capabilities. To cope with the safety and the real-time requirements of vehicular software systems, the degree of variability must be defined and uncontrolled behavior must be prevented.

This is pursued by an integrated development process which enables the verification and validation of the dynamic system behavior in iterative steps during the design. We presented our approach which incorporates the automotive domain-specific architecture description language EAST-ADL. The focus of the presented work is on enabling the validation through simulation. By this, the system and adaptation behavior realizing self-x properties can be validated. Since the designed requirements have to be met and the constraints have to be enforced at runtime, we introduced a cluster-based methodology for the runtime. For the reduction of the variability and to guarantee the predefined system behavior at runtime the satisfaction of the predefined requirements and constraints is supported by a hierarchical multi-layered control architecture. If any system requirement is not met anymore, the system is adapted to meet the constraints again. Thus, we have shown in this work the challenges of automotive embedded systems with self-x properties and presented our approach for the design and runtime.

## 8. References

Anthony, R., Ekelin, C., Chen, D., Törngren, M., de Boer, G., Jahnich, I. et al. (2006). A future dynamically reconfigurable automotive software system, *Proceedings of the "Elektronik im Kraftfahrzeug"*.

AUTOSAR Consortium (2010). AUtomotive Open Sytem ARchitecture (AUTOSAR).

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

https://www.autosar.org.

Cai, L. & Gajski, D. (2003). Transaction level modeling: an overview, *Proceedings of the 1st IEEE/ACM/IFIP international conference on Hardware/software Codesign and system synthesis (CODES+ISSS '03)*, pp. 19–24.

CAR 2 CAR Communication Consortium (2010).
    http://www.car-to-car.org.

Cattrysse, D. & Van Wassenhove, L. (1990). *A survey of algorithms for the generalized assignment problem*, Erasmus University, Econometric Institute.

Cimatti, A., Pecheur, C. & Cavada, R. (2003). Formal verification of diagnosability via symbolic model checking, *In Proceedings of the 18th International Joint Conference on Artificial Intelligence IJCAI03*, pp. 363–369.

Cuenot, P., Frey, P., Johansson, R., Lönn, H., Reiser, M., Servat, D., Koligari, R. & Chen, D. (2008). Developing Automotive Products Using the EASTADL2, an AUTOSAR Compliant Architecture Description Language, *Embedded Real-Time Software Conference, Toulouse, France*.

Czarnecki, K. & Eisenecker, U. (2000). *Generative programming: methods, tools, and applications*, Addison-Wesley.

Dinkel, M. (2008). *A Novel IT-Architecture for Self-Management in Distributed Embedded Systems*, PhD thesis, TU Munich.

Dinkel, M. & Baumgarten, U. (2007). Self-configuration of vehicle systems - algorithms and simulation, *WIT '07: Proceedings of the 4th International Workshop on Intelligent Transportation*, pp. 85–91.

EAST-ADL2 (2010). Profile Specification 2.1 RC3,
    http://www.atesst.org/home/liblocal/docs/ATESST2_D4.1.1_EAST-ADL2-Specification_ 2010-06-02.pdf.

FlexRay Consortium (2005). The FlexRay Communications System Specifications Version 2.1. http://www.flexray.com/.

Fürst, S. (2010). Challenges in the design of automotive software, *Proceedings of Design, Automation, and Test in Europe (DATE 2010)*.

Geihs, K. (2008). Selbst-adaptive Software, *Informatik Spektrum* 31(2): 133–145.

Hardung, B., Kölzow, T. & Krüger, A. (2004). Reuse of software in distributed embedded automotive systems, *Proceedings of the 4th ACM international conference on Embedded software* pp. 203 – 210.

Hofmann, P. & Leboch, S. (2005). Evolutionäre Elektronikarchitektur für Kraftfahrzeuge (Evolutionary Electronic Systems for Automobiles), *it-Information Technology* 47(4/2005): 212–219.

Hofmeister, C. (1993). *Dynamic reconfiguration of distributed applications*, PhD thesis, University of Maryland, Computer Science Department.

Horn, P. (2001). Autonomic computing: IBM's perspective on the state of information technology, *IBM Corporation* 15.

IEEE (2005). *IEEE Standard 1666-2005 - System C Language Reference Manual*.

International Electrotechnical Commission (IEC) (1998). *IEC 61508: Functional safety of Electrical/ Electronic/Programmable Electronic (E/E/PE) safety related systems*.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Kephart, J. O. & Chess, D. M. (2003). The vision of autonomic computing, *Computer* 36(1): 41–50.

McKinley, P. K., Sadjadi, S. M., Kasten, E. P. & Cheng, B. H. (2004). Composing adaptive software, *IEEE Computer* 37(7): 56–64.

Mogul, J. (2005). Emergent (Mis)behavior vs. Complex Software Systems, *Technical report*, HP Laboratories Palo Alto.

MOST Cooperation (2008). MOST Specification Rev. 3.0. http://www.mostcooperation. com/.

Mühl, G., Werner, M., Jaeger, M., Herrmann, K. & Parzyjegla, H. (2007). On the definitions of self-managing and self-organizing systems, *KiVS 2007 Workshop: Selbstorganisierende, Adaptive, Kontextsensitive verteilte Systeme (SAKS 2007)*.

Müller-Schloer, C. (2004). Organic computing: on the feasibility of controlled emergence, *CODES+ISSS '04: Proceedings of the 2nd IEEE/ACM/IFIP international conference on Hardware/software codesign and system synthesis*, ACM, pp. 2–5.

Open SystemC Initiative (OSCI) (2010). SystemC, http://www.systemc.org.

OSEK VDX Portal (n.d.). http://www.osek-vdx.org.

Pretschner, A., Broy, M., Kruger, I. & Stauner, T. (2007). Software engineering for automotive systems: A roadmap, *Future of Software Engineering (FOSE '07)* pp. 55–71.

Robert Bosch GmbH (1991). CAN Specification Version 2.0. http://www. semiconductors.bosch.de/pdf/can2spec.pdf.

Robertson, P., Laddaga, R. & Shrobe, H. (2001). Self-adaptive software, *Proceedings of the 1st international workshop on self-adaptive software*, Springer, pp. 1–10.

Schmeck, H. (2005). Organic computing - a new vision for distributed embedded systems, *ISORC '05: Proceedings of the Eighth IEEE International Symposium on Object-Oriented Real-Time Distributed Computing*, IEEE Computer Society, pp. 201–203.

Serugendo, G., Foukia, N., Hassas, S., Karageorgos, A., Mostéfaoui, S., Rana, O., Ulieru, M., Valckenaers, P. & Aart, C. (2004). Self-organisation: Paradigms and Applications, *Engineering Self-Organising Systems* pp. 1–19.

Teich, J., Haubelt, C., Koch, D. & Streichert, T. (2006). Concepts for self-adaptive automotive control architectures, *Friday Workshop Future Trends in Automotive Electronicsand Tool Integration (DATE'06)*.

Trumler, W., Helbig, M., Pietzowski, A., Satzger, B. & Ungerer, T. (2007). Self-configuration and self-healing in autosar, *14th Asia Pacific Automotive Engineering Conference (APAC- 14)*.

Urmson, C. & Whittaker, W. R. (2008). Self-driving cars and the urban challenge, *IEEE Intelligent Systems* 23: 66–68.

Weiss, G., Zeller, M., Eilers, D. & Knorr, R. (2009). Towards self-organization in automotive embedded systems, *ATC '09: Proceedings of the 6th International Conference on Autonomic and Trusted Computing*, Springer-Verlag, Berlin, Heidelberg, pp. 32–46.

Williams, B. C., Nayak, P. P. & Nayak, U. (1996). A model-based approach to reactive self-configuring systems, *In Proceedings of AAAI-96*, pp. 971–978.

Wolf, T. D. & Holvoet, T. (2004). Emergence and self-organisation: a statement of similarities and differences, *Lecture Notes in Artificial Intelligence*, Springer, pp. 96–110.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Zadeh, L. (1963). On the definition of adaptivity, *Proceedings of the IEEE* 51(3): 469–470.

Zeller, M., Weiss, G., Eilers, D. & Knorr, R. (2009). A multi-layered control architecture for self-management in adaptive automotive systems, *ICAIS '09: Proceedings of the 2009 International Conference on Adaptive and Intelligent Systems*, IEEE Computer Society, Washington, DC, USA, pp. 63–68.

View publication stats

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Virtualization

# Vision of an intelligent network

July 13, 2012, 10:43 am |  By Hans-Ulrich Michel, Dirk Kaule and Martin Salfer

© BMW

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**I&C systems play an important role in meeting customer requirements in today's premium automobiles. Visions of future intelligent networking of driver, vehicle and environment within the framework of BMW ConnectedDrive require new approaches to the architecture of the control unit platform and its interfaces in the overall system.**



In the last two decades in particular, the automotive industry has been subject to a trend towards increasing functions, which is mainly implemented through electronic systems and software. This trend is caused by a variety of factors. Current topics are, for example, energy efficiency, active safety, driving comfort and infotainment.

The increase in electronic systems and the associated complexity are inevitably leading to new E / E system architectures. One possible form is the vehicle-domain-specific centralization of the functions in a few but powerful control units, as shown in Figure 1. This modern on-board network architecture, based on domain control computers, basically has the potential to harmonize the overall architecture across product lines. In this way, energy-efficient solutions can be developed and costs can be saved.

The domain controller level must generally be characterized by high-performance control units. At the hardware level, the processor is therefore increasingly focusing on multi-core architectures (Fig. 2). Because of the high performance requirements, symmetrical multi-core architectures and hardware accelerators for graphics, audio and video are of particular interest for the ICT domain controller. The complex mix of functions leads to a large number of other non-functional requirements, especially for this control unit platform. The drivers for this are, for example, the increasing networking of the vehicle and the associated aspects of information processing and security against attacks. Furthermore, this includes the CE device connection, central display concepts and information prioritization via various display components, For example central information display, instrument cluster or head-up display, several communication nodes such as Bluetooth, WLAN or 3G, as well as the integration of safety-critical functionality. Centralization also requires modern strategies with regard to failure safety.

**Virtualization as the foundation of an agile, high-performance information and communication platform**



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Hardware | CPU | RAM | HDD | GPU | CAN | HID | ...

<u>Show all pictures (6)</u>

**Page 1 of 9**  ›

---

1. **Vision of intelligent networking**
2. <u>Focus</u> on <u>virtualization</u>
3. <u>Core component I&C domain controller</u>
4. <u>Characterization of the head unit with virtualization</u>
5. <u>Use cases from I&C</u>
6. <u>Standardize user interface</u>
7. <u>Integrate driver assistance functions</u>
8. <u>Optimize energy management</u>
9. <u>Virtualization as an enabler</u>

---



"I'm so itchy... HELP!" | Top-To-Tail Support For Your Dog's Health. All In A Simple Daily Supplement By EQTB

**You might also be interested in**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**The BMW emergency stop assistant**

## Highly automated driving for more safety

**The security in online flashing**

## Reduction of response times for ...

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Lower fuel consumption, increase range**

## System base chip for partial network operation on ...

**Cooperative sensor technology to increase ...**

## Cooperative security

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Dynamic headlight system

**3 Series BMW 2012 with SmartBeam DFL**

Technology cooperation

**BMW and Toyota are working together on sustainable …**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Voice control**

**Nuance "Dragon Drive! Messaging "in new …**

## Related articles

## BMW AG



**alternative drives**

**BMW's hydrogen car drives at the IAA**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Alternative powertrains**

**BMW releases its Hydrogen Car at the IAA**



**Industry 4.0 in practice**

**How BMW is digitizing its production**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Provider on the subject**



ETAS GmbH

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Most read**



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

© BMW

**alternative drives**

### BMW's hydrogen car drives at the IAA

**Commercial vehicle battery systems factory**

### Akasol opens Gigafactory 1

**Semiconductor bottlenecks**

### Ford is cutting production again

**Formula E**

### Mercedes will withdraw in 2022

**Chip crisis and corona**

### Toyota drastically reduces manufacturing

## Market overviews



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

© Rob Wilson - shutterstock.com; elektroniknet

- Automotive displays
- Switches and buttons for automotive electronics

- Sensoren für die Kfz-Elektronik
- Ladetechnik für Elektrofahrzeuge
- Elektromechanik für Kfz

## Anbieterkompass

ELMEKO GmbH + Co. KG

MPS Monolithic Power

TRS-STAR GmbH

Phoenix Contact Deutschland GmbH

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

N&H Technology GmbH

TDK-Lambda Germany GmbH

---

# elektroniknet.de

**Rubriken**

Halbleiter

Automotive

Embedded

Automation

Power

Optoelektronik

Distribution

Kommunikation

Elektronikfertigung

Messen + Testen

E-Mechanik+Passive

Karriere

Elektronik neo

**Schwerpunkte**

Cloud-basierte Entwicklung

Powermanagement

Batterietechnik

5G für Industrieanwendungen

Smart Embedded

Automotive

Sensorik

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Elektromobilität

Steckverbinder

Sicherer Einsatz von Si und SiC

Industrielle Speichermedien

Redaktionelle Ansprechpartner

embedded world 2021

Elektronik-Leser testen

"exciting" beschreibt Ingenieure bei der Arbeit

Manager des Jahres: Hall of Fame

GMM-Mitgliederinfo

**Service**

Stellenmarkt

Newsletter

Media

Events

Shop

RSS

Anbieterkompass

**Unser Netzwerk**

COMPUTER & AUTOMATION

radio show

ICT channel

LANline

medical design

SmarterWorld

Smarthouse Pro

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Conditions     data protection     imprint

© 2021 WEKA FACHMEDIEN GmbH. All rights reserved.

/

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT C

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Embedded Focus ⌄

Hardware ⌄

Boards & Modules  Chips & Components  Components  Connectivity  Coprocessors  Displays  Electromechanical  Memory / Storage  Motors  Optoelectronics  Sensors

Software ⌄                                Design ⌄

EDA  Operating Systems  Source Code  Integration  IoT  Performance  Security

Development ⌄

Design Methods  Solutions  Manufacturing  Supply Chain  Test & Measurement  Tools  Tools & Software      Automotive  Consumer  Medical

Trends ⌄                    Communications

Advanced Technology  Applications  Industry  Profession

News          About Us ⌄              Subscribe

Contact Us  Editorial Contributions

HOME (HTTPS://WWW.EMBEDDED.COM)/  PRODUCTS (HTTPS://WWW.EMBEDDED.COM/CATEGORY/PRODUCTS/)/  VEHICLE NETWORK PROCESSOR BRINGS MULTIFUNCTIONAL CAPABILITIES

Login/Register (https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize?response_type=code&scope=profile%20email%20openid&client_id=216002e0-47e9-4d0c-8915-4dfcbabd2e56&state=8ec881b5697b327fb273e6f37d85b8&redirect_uri=https%3A%2F%2Fwww.embedded.com%2Fopenid-connect-authorize)

# Vehicle network processor brings multifunctional capabilities

◷ January 6, 2020  Junko Yoshida (https://www.embedded.com/author/junko-yoshida/)

LAS VEGAS — NXP Semiconductors' S32G is "a single-chip version" of two processors — an automotive microprocessor and an enterprise network processor — combined, said Ray Cornyn, vice president and general manager, Vehicle Dynamics Products. The S32G functions as a gateway processor for connected vehicles, as it offers enterprise-level networking capabilities. It also enables the latest data-intensive ADAS applications while providing vehicles with secure communication capabilities, he explained.



*What NXP S32G entails (Source: NXP Semiconductors)*

A closer look inside the S32G reveals a car OEM wish list for next-generation vehicles in 2021 and beyond.

Among the wishes are: over-the-air software updates — à la Tesla — to make vehicles "software upgradeable," a shift to new domain-based vehicle architectures (i.e., consolidation of ECUs), beefed-up security features (including intrusion detection/monitoring), the vehicle's ability to analyze data on the edge without constantly depending on the cloud, and upgraded safety to ASIL D.

Design a Time Interleaved ADC for 5G V2X Automotive Applications

August 30 - 31, 2021
A Virtual Experience

Register now

Professor
Mohammed Ismail,
Wayne State University

Assistant Professor
Mohammad Alhawari,
Wayne State University

Design a Time Interleaved ADC for 5G V2X Automotive Applications

August 30 - 31, 2021
A Virtual Experience

Register now

Professor
Mohammed Ismail,
Wayne State University

Assistant Professor
Mohammad Alhawari,
Wayne State University

**Want more content like this?**

Get the latest embedded systems design information, trends, tips and more delivered right to your inbox. S

Subscribe

(https://www.embedded.com/)

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

In "connected vehicles," car OEMs are looking for new business opportunities, including subscription models and usage-based insurance.

"It is board-wide trench to car OEMs to bring all those new business opportunities and capabilities to next-generation vehicles," said Brian Carlson, director, product line management for vehicle network processors at NXP.

If a software-upgradeable car is the automotive industry's objective, the S32G seems designed to bring car OEMs a step closer.

Phil Magney, Founder and Principal at VSI Labs, observed that S32G "is designed to serve as the gateway to centralized domain processing, which is the supporting architecture of the software-defined car. Furthermore, new vehicle architectures must support tremendous volumes of data through multiple interfaces."

He noted, "Up until this point, networking has been a bit of an afterthought. But in reality, it is quite critical since there is so much data moving around the vehicle. The S32G can handle all the plumbing and associated security, timing, and safety requirements." He added that there are many network controllers designed by major chip suppliers and Tier Ones. But among existing network processors, "I have not seen anything that aggregates everything into one chip like the S32G."

The new processor is already sampling, and car OEMs are currently testing S32G, said Carlson. To demonstrate the appeal of S32G among key automotive players, NXP, in its press release, shared a quote from Bernhard Augustin, Audi's director of ECU Development Autonomous Driving: "We found the unique combination of networking, performance, and safety features of the S32G processor to be ideal for use in our next-generation ADAS domain controller."

**S32 family of processors**

S32G is part of NXP's S32 family of processors based on a unified architecture of high-performance MCUs, MPUs, application-specific acceleration, and interfaces.

The S32 family, designed to be scalable, allows developers to create software in a uniform environment across application platforms.

The goal is to let developers reuse their expensive R&D work, shortening time to market as the automotive industry copes with rapid changes in vehicle architectures over the next several years.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

NXP noted that the platform maintains "automotive-level reliability, and ASIL D performance across multiple application spaces throughout vehicles."

**Vehicle network processor**

First and foremost, S32G provides an unprecedented level of networking and processing capabilities.

Shown in the block diagram below, the S32G processor incorporates lock-step Arm Cortex-M7 microcontroller cores and an industry-first ability to lock-step clusters of Arm Cortex-A53 application cores.

S32G274A Vehicle Network Processor High-level Block Diagram



As the amount of data collected and transported inside a vehicle grows exponentially, the processor's ability to accelerate automotive networks and Ethernet packets becomes increasingly critical, Carlson explained.

It's one thing to tout a networking processor's ability to handle large data. But it's a whole different story if the chip can actually accelerate data processing. Without acceleration, the vehicle network can easily bog down, said Carlson, making it impossible for the new vehicle to offer critical services with the deterministic network performance demanded by car OEMs.

S32G processors are designed to offload transport layers so that its communication engine can achieve low latency, he noted. S32G features "network acceleration blocks" designed for automotive and Ethernet networks.

Included in S32G network features are 20× CAN/CAN FD Interfaces, 4× Gigabit Ethernet Interfaces, and a PCI Express Gen 3 Interface.

As a comparison, Magney noted that Tesla "supports six CAN channels, four Ethernet channels, and eight serial lines for the cameras." Calling Tesla "a proxy for future vehicle architectures," Magney said, "Not surprisingly, NXP supplies Ethernet and CAN controllers to Tesla."

Other key features integrated inside the S32G are security and safety.

The S32G, like all other S32 platform processors, embed high-performance hardware security acceleration, along with public key infrastructure (PKI) support for trusted key management, enabled by its Hardware Security Engine (HSE). The firewalled HSE is

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

the root of trust supporting secure boot, providing crypto services, and protecting against side-channel attacks.

As for safety, S32G processors offer full ASIL-D capabilities, including lock-step Arm Cortex-M7 electronics cores and an industry-first ability to lock-step clusters of Arm Cortex-A53 application cores, allowing new levels of safety performance with high-level operating systems and larger memory support.

**Versatility of S32G**

NXP's Carlson made the point that the beauty of S32G lies in its versatility. The S32G can be used in many different places inside a vehicle — ranging from a gate processor to a domain controller and ADAS safety processor.

## The Versatile Uses of the S32G Vehicle Network Processor



*Where in a vehicle S32G can be used (Source: NXP)*

VSI Labs' Magney observed, "The S32G appears complementary to many of the AV or ADAS domain controllers because it consolidates a handful of chips into one." He added, "Otherwise, the functionality of the S32G would be scattered with multiple transceivers and controllers to handle all the data traffic. The S32G also contains all the critical timing elements, memory, security, and network accelerators necessary to support all the data being passed around inside the vehicle."

>> *This article was originally published on our sister site, EE Times (https://ces.eetimes.com/nxp-launching-auto-network-processor/).*

**Share this:**

Twitter (https://www.embedded.com/vehicle-network-processor-brings-multifunctional-capabilities/?share=twitter&nb=1)

Facebook (https://www.embedded.com/vehicle-network-processor-brings-multifunctional-capabilities/?share=facebook&nb=1)

LinkedIn (https://www.embedded.com/vehicle-network-processor-brings-multifunctional-capabilities/?share=linkedin&nb=1)

More

**Want more content like this?**

Get the latest embedded systems design information, trends, tips and more delivered right to your inbox. S

Subscribe

(https://www.embedded.com/)

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ad

CHEWY | Pharmacy ℞

SHOP

SUMMER PEST PREVENTION

Flea & Tick Ships Free
Warm weather means more ticks. Protect your pet and stock up on flea

Embedded Focus ∨

Hardware ∨

Boards & Modules Chips & Components Components Connectivity Coprocessors Displays Electromechanical Memory / Storage Motors Optoelectronics Sensors

Software ∨

Design ∨

EDA Operating Systems Source Code Integration IoT Performance Security Development ∨

Design Methods Solutions Manufacturing Supply Chain Test & Measurement Tools Tools & Software Communications

Trends ∨

Advanced Technology Applications Industry Profession

Industry ∨

Automotive Consumer Medical

News About Us ∨ Subscribe

Contact Us Editorial Contributions

Login/Register (https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize? response_type=code&scope=profile%20email%20openid&client_id=216002e0-47e9-4d0c-8915-4dfcbabd2e56&state=8ec881b56977b8276b2573e6f37d85b8&redirect_uri=https%3A%2F%2Fwww.embedded.com%2Fopenid-connect-authorize)

Tags: Automotive (https://www.embedded.com/tag/automotive/), Chips & Components (https://www.embedded.com/tag/chips-components/), MCU/MPU (https://www.embedded.com/tag/mcu-mpu/)

Previous
**Tiny 3D image sensor uses time of flight technology (https://www.embedded.com/tiny-3d-image-sensor-uses-time-of-flight-technology/)**

Next
**Wi-Fi 6 dev kit for the connected home supports IoT protocols (https://www.embedded.com/wi-fi-6-dev-kit-for-the-connected-home-supports-iot-protocols/)**

## Leave a Reply

You must **Sign in (https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize? response_type=code&scope=profile%20email%20openid&client_id=216002e0-47e9-4d0c-8915-4dfcbabd2e56&state=4574e371c943df8c10b8be5305cea08a&redirect_uri=https%3A%2F%2Fwww.embedded.com%2Fopenid-connect-authorize)** or **Register (https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize? response_type=code&scope=profile%20email%20openid&client_id=216002e0-47e9-4d0c-8915-4dfcbabd2e56&state=98584af0597fe7685db304a4003a80ec&redirect_uri=https%3A%2F%2Fwww.embedded.com%2Fopenid-connect-authorize)** to post a comment.

**Want more content like this?**

Get the latest embedded systems design information, trends, tips and more delivered right to your inbox. S

Subscribe

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

This site uses Akismet to reduce spam. Learn how your comment data is processed (https://akismet.com/privacy/).

Embedded Focus

Hardware ›

Boards & Modules Chips & Components Components Connectivity Coprocessors Displays Electromechanical Memory / Storage Motors Optoelectronics Sensors

Software ›

EDA Operating Systems Source Code Design Methods Solutions Manufacturing Trends ›

Advanced Technology Applications Industry Profession

Design ›

Integration IoT Performance Security Development Supply Chain Test & Measurement Tools & Software Communications

Industry ›

Automotive Consumer Medical

**You may have missed**

(https://www.embedded.com/achieving-full-mcu-partition-isolation-portals/) (https://www.embedded.com/project-explores-trustworthy-design-verification-flow-for-iot-security/) (https://www.embedded.com/qualcomm-boosts-drone-utility-with-5g-and-ai-enabled-drone-platform/)

Technical Article (https://www.embedded.com/category/technical-article/)

About Us News (https://www.embedded.com/category/news/)

Subscribe (https://www.embedded.com/category/news/)

News (https://www.embedded.com/category/news/)

Contact Us Editorial Contributions Portals

**Achieving full MCU partition isolation:** Login/Register (https://login.aspencore.com/d04a5a02d-767d-4f3f-80d7-695dce25d142/login/authorize?
**Portals** response_type=code&scope=profile%20email%20openid&client_id=21600702&
(https://www.embedded.com/achieving-full-mcu-partition-isolation-portals/) redirect_uri=https%3A%2F%2Fwww.embedded.com%2Fproject-explores-trustworthy-design-
verification-flow-for-iot-security/)

**Project Explores Trustworthy Design & Verification Flow for IoT Security** (https://www.embedded.com/project-explores-trustworthy-design-verification-flow-for-iot-security/)

**Qualcomm boosts drone utility with 5G and AI-enabled drone platform** (https://www.embedded.com/qualcomm-boosts-drone-utility-with-5g-and-ai-enabled-drone-platform/)

⏱ August 19, 2021  Ralph Moore (https://www.embedded.com/author/ralph-moore/)

⏱ August 19, 2021  Nitin Dahad (https://www.embedded.com/author/nitin-dahad/)

⏱ August 18, 2021  Nitin Dahad (https://www.embedded.com/author/nitin-dahad/)

(https://www.embedded.com/enabling-industrial-grade-open-verification-for-risc-v/)

(https://www.embedded.com/how-to-train-an-algorithm-to-detect-and-prevent-early-blindness/)

Technical Article (https://www.embedded.com/category/technical-article/)

Technical Article (https://www.embedded.com/category/technical-article/)

**Enabling industrial-grade open verification for RISC-V** (https://www.embedded.com/enabling-industrial-grade-open-verification-for-risc-v/)

**How to train an algorithm to detect and prevent early blindness** (https://www.embedded.com/how-to-train-an-algorithm-to-detect-and-prevent-early-blindness/)

⏱ August 18, 2021  Kevin McDermott (https://www.embedded.com/author/nitin-dahad/)

⏱ August 18, 2021  Sheena Patel (https://www.embedded.com/author/nitin-dahad/)

ASPENCORE NETWORK

PRODUCTS:

Electronic Products (https://www.electronicproducts.com/)

Datasheets.com (https://www.datasheets.com/)

EEM.com (https://www.eem.com/)

TechOnline (https://www.techonline.com/)

NEWS & ANALYSIS:

EE Times (https://www.eetimes.com/)

EE Times Europe (https://www.eetimes.eu/)

Power Electronics News (https://www.powerelectronicsnews.com/)

EBN (https://www.ebnonline.com/)

Elektroda.pl (https://www.elektroda.pl/)

DESIGN:

EDN (https://www.edn.com/)

Electroschematics (https://www.electroschematics.com/) (https://www.embedded.com/)

TOOLS:

EEWEB (https://www.eeweb.com/)

PartSim (https://www.partsim.com/)

**Want more content like this?**

Get the latest embedded systems design information, trends, tips and more delivered right to your inbox. S

**Subscribe**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Electronics-Tutorials (https://www.electronics-tutorials.ws/)

**Embedded Focus**

PCB Web (https://www.pcbweb.com/)

Planet Analog (https://www.planetanalog.com/)

**Hardware**

IoT Advisor (https://www.transim.com/iot/)

**Boards & Modules** **Chips & Components** **Components** **Connectivity** **Coprocessors** **Displays** **Electromechanical** **Memory / Storage** **Motors**

Embedded (https://embedded.com/)

**Optoelectronics** **Sensors**

Schematics.com (https://schematics.com/)

Electronics Know How (http://electronics-know-how.com/)

**Software** **Design**

Schematics.io (https://www.schematics.io/)

**EDA** **Operating Systems** **Source Code**

**Integration** **IoT** **Performance** **Security**

Engage (https://www.transim.com/Products/Engage)

**Development**

**Design Methods** **Solutions** **Manufacturing** **Supply Chain** **Test & Measurement** **Tools** **Tools & Software**

**Industry**

**Automotive** **Consumer** **Medical**

GLOBAL NETWORK

**Trends**

**Communications**

FOR ADVERTISERS

EE Times (https://www.eetimes.com/)

**Advanced Technology** **Applications** **Industry** **Profession**

Contact Sales (https://aspencore.com/contact-us)

**News**

**About Us**

EE Times China (https://www.eet-china.com)

**Subscribe**

Media Guide Request (https://aspencore.com/media-guide-request/)

EE Times India (https://www.eetindia.co.in/)

**Contact Us** **Editorial Contributions**

EE Times Taiwan (https://www.eettaiwan.com/)

**Login/Register** (https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize?response_type=code&scope=profile%20email%20openid&client_id=216002e0-47e9-4d0c-8915-4dfcbabd2e56&state=8ec881b569778276b2573e6f37d85b8&redirect_uri=https%3A%2F%2Fwww.embedded.com%2Fopenid-connect-authorize)

EE Times Japan (https://eetimes.jp/)

EDN Asia (https://www.ednasia.com/)

CONNECT WITH US

EDN Taiwan (https://www.edntaiwan.com/)

Twitter (https://twitter.com/embedded_com)

ESM China (https://www.esmchina.com/)

EDN China (https://www.ednchina.com/)

EDN Japan (https://ednjapan.com/)

(http://www.aspencore.com/)

Copyright © All rights reserved. | Embedded (https://www.embedded.com/) by AspenCore.

Privacy Policy (https://aspencore.com/privacy-policy/) | Terms of Use (https://aspencore.com/terms-of-use/) | Contact Us (https://www.embedded.com/contact-us/)
California Do Not Sell (https://aspencore.dragonvote.com/loading.do?omedasite=dns)
Login/Register (https://login.aspencore.com/d045a02d-767d-4f3f-80d7-695dce25d142/login/authorize?response_type=code&scope=profile%20email%20openid&client_id=216002e0-47e9-4d0c-8915-4dfcbabd2e56&state=c946b45c98ddfc3dd6d24b3b40805eb2&redirect_uri=https%3A%2F%2Fwww.embedded.com%2Fopenid-connect-authorize)

**Want more content like this?**

Get the latest embedded systems design information, trends, tips and more delivered right to your inbox. S

**Subscribe**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT D

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Self-diagnosing sensor modules boost automotive networking efficiency

**EDN** edn.com/self-diagnosing-sensor-modules-boost-automotive-networking-efficiency/

EDN                                                                                May 29, 2008

Electronic components make up 15 to 20% of vehicle value today. That figure will increase by as much as 30 to 40% in the future as vehicles incorporate more electronics in safety mechanisms, fuel-consumption and emission-control systems, integrated communications and navigation systems, car infotainment solutions, and comfort features.



Implementing these functions today requires 20 to 50 electronic control units (ECUs) utilizing approximately 70 to 150 sensors to perform all their functions. The sensors measure a wide range of analog environmental quantities such as pressure, temperature, flow, speed, acceleration, and angle. They transmit the measured values to the ECUs for engine and climate control, airbag triggering, and comfort and safety functions. Systems such as antilock braking systems (ABS), electronic stability program/control (ESP/ESC), and braking assist also rely on sensor input.

In these applications, the ability of the various systems to self-diagnose is increasingly important. For example, if it is possible to detect sensor defects directly at the sensor element, the ECU has reliable data on which to make corrective decisions. System deactivation and emergency operation are especially important for safety-related systems.

## Vehicle electronics as a network application

An analysis of vehicle electronic control systems shows that the complexity of these assemblies grows exponentially. Simple electronic control and regulating assemblies have

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

been replaced with more complex IT-systems. Within these, the software and the
intercommunication between the ECUs constitute, in addition to the actual hardware, a new
point of emphasis.

The individual assemblies in a modern vehicle are interconnected via 10 to 20 different data
buses (see below).



<u>View a full-size image</u>

For example, it is possible via the diagnostic <u>CAN</u> bus to access each individual ECU and
query its status, read out error codes, and even re-flash the firmware. Today, many
applications share sensors for cost reasons. This means that a sensor-module measured
value (data) is processed by several ECUs.

A large number of functions in the car have become network applications. The common
structure of the past❖one ECU implementing one application❖has been superseded by
networked functions shared across several ECUs.

The figure below shows such a functional tree for a trunk lid, where two ECUs are actively
involved in the opening of the lid. Additional ECUs are involved in display and control
functions.



Malfunctions in this system can be caused by any several defects. Consequently six different defect patterns are possible with the opening of the trunk lid⏤it is possible to observe that nothing at all happens, the lock opens, or the lid strikes the stop.

Should the one required sensor malfunction, it can result in more than ten different entries in the fault memories of the involved ECUs. From this constellation of error codes, it is necessary to make significantly more detailed sensor diagnostic information available than in the past. The state-of-the-art communication protocol for automotive sensors is still the analog output. This is a classic point-to-point connection⏤a sensor is connected with an ECU and transmits its output signal in form of a voltage level. Despite some improvements that have been made, such as increasing the resolution or the introduction of diagnostic ranges (LDR, UDR, see below), the analog output constitutes the state-of-the-art from the early '90s.



REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Therefore, the analog output merely allows the transmission of the sensor signal in the signal range (e.g. 10 to 90%) and the failure state through switching the output in the diagnostic ranges: Lower Diagnostic Range (LDR) or Upper Diagnostic Range (UDR). Consequently, more specific and more detailed failure information can not be communicated.

The solution to this problem is digital communication between sensor module and ECU, allowing the transmission of status information, time stamps, and error codes in addition to the sensor data. Unfortunately, the problems created by a change to digital communication are highly complex because of the non-homogenous and highly diversified sensor system component supplier structure (noted below).



On the analog side, a great variety of sensor modules with analog output for all environmental variables are available on the market. Nearly all ECU microcontrollers have analog inputs. Thus it is possible to develop new applications using components that are on the market or require minor design adjustments without problems or major risk.

Such a situation does not apply with a digital communication protocol. Available standard protocols must be employed in a dedicated manner. The digital protocols available include:

- **CAN:** Is generally too complex and too expensive for sensors
- **LIN:** Merely allows a low transmission rate of 19,200 baud max
- **Peripheral Sensor Interface (PAS4, PSI5):** Was developed for safety-related applications (e.g. airbag), requires 9V-operating voltage and has a high current consumption
- **SENT:** Only uni-directionally defined; currently in standardization

Thus, *proprietary* solutions are most commonly used for applications requiring digital communication. This means each circuit manufacturer defines its own protocol. With the ZACWire (serial digital interface) protocol, which supports the ZMD31150, ZMD offers an open standard that provides communication security, and is flexible in terms of baud rate and end-of-line calibration.

The challenge for the coming years is the specification and implementation of a standardized digital interface which takes into account the requirements of sensor systems and applications, and is cost-effective. Three somewhat contrary design conditions must be met through this interface:

- **Circuit test:** Maximum communication speed to minimize test costs
- **Calibration:** As simple and flexible as possible

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

- **Application:** As fast, secure, and compatible as possible, specifically under conditions of out-of-specification operating voltage, high EMC strength, and limits on maximum RF radiation

Automotive sensors are increasingly used in safety-related applications. For the brake assist system, which reduces braking distance during hazardous braking conditions, a sensor measuring the pressure in the brake system is required, so that the ECU is able to detect braking initiated by the driver. The sensor is critical for the activation of the ABS, therefore the sensor has to be 100% correct. To guarantee this, the self-diagnosis functions must be as comprehensive as possible.

If the Sensor Signal Conditioner (SSC) IC detects a sensor malfunction in the module (e.g. sensor short circuit) or if the SSC is rendered in an invalid operating state through an external fault, the ECU must be able to determine these. Dealing with such conditions will be explained using the ZMD31150 as an example, which is an SSC has been specifically developed for signal conditioning in automotive applications.

The diagnostic functions (see below) implemented in the ZMD31150 continuously monitor the functioning of the sensor and the SSC as well.

| class | Failsafe Task | Messaging Time | Code | Deactivation | Action |
|---|---|---|---|---|---|
| Digital - Hardware | Oscillator Fail (OFC) | < 200µs | - | No | temporary DM |
| | Watchdog Detection (WDG) | < 2 Cycles | C008 | No | DM\|Reset |
| | RAM Parity (RAP) | without delay | C001 | No | DM\|Reset |
| | Register Parity (RGP) | without delay | C002 | No | DM\|Reset |
| Digital - Software | EEPROM Multibit (EMC) | EEPROM readout (power on) | C004 | No | DM |
| | EEPROM Signature (ESC) | | C0AA | No | DM |
| | ROM Signature (RSC) | power on | C0CC | Yes | DM |
| | Arithmetic Check (ACC) | 1 Cycle | C010 | No | DM\|Reset |
| Analog | Temperature Sensor (TSC) | 2 Cycles | C010 | Yes | temporary DM |
| | Sensor Connection (SCC) | 2 Cycles | C010 | Yes | temporary DM |
| Special Measure | Sensor Short Check (SSC) | 2 Cycles | C010 | Yes | temporary DM |
| | Sensor Aging (CMV) | 2 Cycles | C010 | Yes | temporary DM |
| Power | Power & Ground Loss (PGL) | < 5ms | - | No | Reset |

As soon as a fault is detected, the Diagnostic Mode (DM) is activated. An error flag is set in the digital communication message, or the analog output is switched to the previously-programmed diagnostic ranges LDR or UDR.

The detectable faults can be divided into two categories: Hard and soft errors. Hard errors are malfunctions detected in the SSC, which are caused by a hardware problem. In this case signal conditioning is stopped and the DM activated.

In contrast to this, the causes of soft errors are not always clear or continuous: They can be due to external events such as interference through EMC or the switching of other electrical loads in the on-board system. For this reason an error counter is implemented for soft errors, counting up when an error occurs and counting down when this error no longer occurs. As a

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

result, the messaging of soft errors is low pass filtered and the sensor goes back to normal operation when the soft error is no longer detected. This principle is called the temporary diagnostic mode (DM).

The function of the temporary DM in the ZMD31150 is an option which provides verified error information in the event of persistent errors. Utilizing additional information (e.g. redundant sensors or significance checks) the ECU then decides if the application is able to continue operating reliably or if it must be shut down with an error message.

If a fault is coupled into the supply voltage of a sensor system, as in the switching-on of an inductive load (Schaffner Pulse 3a or 3b), this event can also couple into the sensor and result in triggering of a self-diagnosis function. With a temporary DM however, this situation has to occur several times in succession before an error is signaled to the ECU. Because the error counter is filtering the result, apparent error messages and subsequent misleading scenarios are avoided.

As an example, many drivers have experienced a sudden error signal flashing on the dashboard, or the "check engine" light activating, with a note to consult a repair shop. Sometimes this message no longer appears the next day, or an assembly or a sensor is replaced in the repair shop with nothing being faulty. Proper soft-error filtering eliminates this annoyance.

### Summary

The development of safety-related sensor systems for vehicles can be significantly simplified with sensor signal conditioning ICs. Self-diagnosis that ensures that the sensor output signal is virtually 100% correct can only be realized within the signal conditioning step itself. For this reason such functions have to be implemented on-chip.

Devices such as the ZMD sensor conditioning ICs incorporate a comprehensive set of self-diagnosis functions. Via the configuration EEPROM, both the accuracy definition of an error and how the system is to react can be defined. Various implemented procedures to respond to detection of error events help avoid false "apparent" error messages and therefore increase the reliability of the self-diagnosis.

***Steffen Bender*** *is project manager and system architect for automotive sensor signal conditioning ICs at* <u>*ZMD AG*</u>*, Dresden, Germany. He received a Master's degree in Electrical Engineering at the Dresden University of Technology in 1988.*

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT E

8/22/2021    Ford to use ADI single pair audio bus in cars

Case 8:20-cv-02104-JVS-DFM    Document 137-7    Filed 08/23/21    Page 75 of 77   Page ID #:9549
REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

About Us    Contact Us    Advertise    Newsletter sign-up

LOGIN / REGISTER



🏠  NEWS    BUSINESS ▾    MARKETS ▾    DESIGN ▾    PRODUCTS ▾    BLOGS ▾    RESOURCES ▾    EVENTS ▾    JOBS ▾        │ SEARCH...

🏠 Home » Markets » Automotive Electronics                          Add to Bookmarks

👤 By Richard Wilson    ⏱ 21st January 2016

# Ford to use ADI single pair audio bus in cars

RECOMMENDED
ARTICLES



Automotive displays:
Infotainment
demand generates
show-stoppers



Automotive design:
Prototypes to prove
concepts



Competition: Win
one of three ADI
evaluation boards,
featuring the
LTC3310S

Subaru launches
Levorg model with
stereoscopic camera
ADAS

Ford has decided base its in-car infotainment network technology on a data networking systems supplied by Analog Devices.



Called the Automotive Audio Bus (A2B), it is used to distribute audio and control data together with clock and power over a single, unshielded twisted-pair wire.

Ad removed. Details

The attraction of using a single, unshielded twisted-pair wire is that it reduces system costs as well as weight in the vehicle as automotive designs become more cable-intensive.

Ford will use the AD2410 transceiver, the first product in the A2B portfolio, in four vehicle platforms moving to production in 2016.

🔊 f ⚡ in ⋮

Register and Si
e-Newslett

XILINX ON EMBEDDED DESIGN

Tune into this Xilinx interview: Respon
platform-based embedded design

Listen to the interview »

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



The A2B series also includes the AD2401 and AD2402 transceivers that have been designed for connecting microphones, for applications such as active noise cancellation, hands-free, and in-car communications.

A2B is a single master, multiple slave, line topology. The AD2410 supports daisy chaining of up to 8 slave nodes on a single UTP wire, which eliminates the redundant wiring home runs required by some competing technologies.

This daisy-chaining capability allows a maximum A2 B bus distance of up to 40 m with up to 10 m supported between individual nodes.

Using a line topology instead of a ring topology is an important element of the A2 B technology related to overall system integrity and robustness. If one connection of the A2 B daisy chain is compromised, the entire network does not collapse.

Only those nodes downstream from the faulty connection are impacted by the failure, while the embedded diagnostics inherent to the A2 B technology are able to isolate the source and cause of the failure.

The A2B master-slave line topology is inherently efficient when compared to existing digital bus architectures. After a simple bus initialization, operation. The A2 B technology does, however, have an interrupt provision where audio nodes can signal when service and maintenance is required.

An important benefit is that system latency is completely deterministic (2-cycle delay) irrespective of the audio node's position on the A2B bus. This is relevant for applications such as active noise cancellation, where audio samples from multiple remote sensors must be processed in a time-aligned fashion.

Vlad Bulavsky, general manager, Automotive Cabin Electronics Business, Analog Devices, said:

> "As an early adopter of the A2B technology, Ford has been a great partner and instrumental in refining the feature set of future A2B devices."

A2B devices meet all relevant automotive ESD, EMI, and EMC requirements, are fully AEC-Q100 qualified, and operate over the extended automotive temperature range (-40 to +105 deg C).



Tune into this podcast to hear from Ch (Director Industrial, Vision, Healthcare Xilinx) about how Xilinx and the semico industry is responding to customer de

**Listen to the interview »**

Search for best component deals

Enter Part Number

Powered by Oemsecrets

UPCOMING EVENTS

There are no upcoming events at this t

ELECTRONICS WEEKLY @ 60!

Read our special supplement celebrati of *Electronics Weekly* and looking ahe future of the industry.

**Read the Electronics Weekly @ 60 sup**



Read the first ever *Electronics Weekly* September 1960. We've scanned the v edition so you can enjoy it.

**Read the very first edition »**

8/22/2021    Case 8:20-cv-02104-JVS-DFM    Document 187-7    Filed 08/23/21    Page 77 of 77    Page
ID #:9551
Ford to use ADI single pair audio bus in cars

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

tweet                Like 0

Tagged with:   ADI    ANALOG    AUTOMOTIVE    FORD

**Electronics Weekly** JOBS

**Machine Learning Engineer**
Bristol (City Centre),
City of Bristol | Salary
competitive
Recruiter: Graphcore
Apply for this job

GRAPH

## Get **Electronics Weekly** every day

Email Address                          Subscribe

Previous:                                              Next:
Cisco invests in IoT-in-the-cloud firm      Renesas releases award-winning ARM
                                                              MCUs

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Post Comment

**NEWS**

Embedded Systems
LED Lighting
Power
Communications
Internet of Things
Automotive Electronics
Finance

**BLOGS**

Distribution World
Electro Ramblings
Eyes On Android
Gadget Master
Engineer In Wonderland
Led Luminaries
Mannerisms

**EW PORTFOLIO**

About Us
Elektra Awards
Electronics Weekly Jobs
Site Map

**ABOUT US**

**ElectronicsWeekly**

Electronics Weekly is the market leading and longe
established electronics magazine, read in print and
decision makers throughout the industry for more t
Electronics Weekly is at the heart of the electronics
is reaching an audience of more than 120,000 peop
month. It also organises the prestigious Elektra Aw

Copyright ©2021 **Electronics Weekly** |News|Products|Blogs|Jobs - Owned by Emap, Southern House, CR0 1XG (020 39532600)    Terms and Conditions    Privacy policy