# Exhibit A

THOMAS R. LUCCHESI (*admitted pro hac vice*)
tlucchesi@bakerlaw.com
TERRY M. BRENNAN (*admitted pro hac vice*)
tbrennan@bakerlaw.com
ANTHONY B. PONIKVAR (*admitted pro hac vice*)
aponikvar@bakerlaw.com
**BAKER & HOSTETLER LLP**
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740

RYAN D. FISCHBACH (SBN 204406)
rfischbach@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859

*Attorneys for Defendants*
LORDSTOWN MOTORS CORP., *et al.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA AUTOMOTIVE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., an Ohio corporation; STEVE BURNS, an individual, JOHN LEFLEUR, an individual, DARREN POST, an individual, RICH SCHMIDT, an individual, ROGER J. DURRE, an individual, HONG XIN HUAN (A.K.A. "GEORGE" HUAN), an individual, BEI QIN, an individual, STEPHEN PUNAK, an individual, CHRISTOPHER KIM, an individual, DAN ZHIHONG HUANG, an individual, PUNAK ENGINEERING, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02104-JVS-DFM<br><br>**DECLARATION OF JAMES E. PAMPINELLA** |

I, James E. Pampinella, declare and state as follows:

1. I am a Senior Managing Director in the San Francisco, California of Ankura. Ankura is an independent consulting firm that provides financial, operational, and litigation consulting services to government agencies, legal counsel, and companies within the United States and internationally. Our professional service offerings include dispute, investigative, economic, operational, risk management and financial and regulatory advisory solutions. I have been providing consultation services in the area of complex commercial litigation and valuation services for over 30 years, specializing in intellectual property strategic consulting and disputes, including matters involving trade secrets.

2. Throughout my career, I have worked on hundreds of matters involving trade secrets and other intellectual property. In such matters it is common for me to communicate with, and rely on technical or other subject-matter experts and fact witnesses in reaching my opinions.

3. I have been provided with Exhibit C to plaintiff's motion to strike portions of my report, which is a highlighted list of information I considered in formulating my opinions in this matter. This highlighted list consists of trade publications, reports, articles, and other information from the internet and other sources related to the automotive industry, electric vehicles, and the parties. It is common for experts in my industry to rely on such materials in reaching damages or other related opinions, and I have done so throughout my career. In fact, I note that Karma's own damages expert, Mr. Daniel McGavock, has relied on many of the same exact sources Karma now takes issue with.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 26th day of June, 2023 in San Diego, California.

James E. Pampinella