UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 20-02104-JVS(DFMx)　　　　　　　　　　Date  August 14, 2023

Title  Karma Automotive, LLC v. Lordstown Motors Corp., et al

---

Present: The Honorable　**James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Wexler | Daniel Kavouras |
| Jesse Coleman | Scott Holbrook |
| Kevin Mahoney | Thomas Lucchesi |
| Matthew Christoff | |

**Proceedings:**　　**Defendant's Motion to Strike [530]**

　　Cause is called for hearing and counsel make their appearances.  The Court's tentative ruling is issued.  Motion is argued and taken under submission.  A separate order to follow.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　27

　　　　　　　　　　　　　　　　　　　Initials of Preparer　　eva