JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA AUTOMOTIVE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., an Ohio corporation; STEVE BURNS, an individual, JOHN LEFLEUR, an individual, DARREN POST, an individual, RICH SCHMIDT, an individual, ROGER J. DURRE, an individual, HONG XIN HUAN (A.K.A. "GEORGE" HUAN), an individual, BEI QIN, an individual, STEPHEN PUNAK, an individual, CHRISTOPHER KIM, an individual, DAN ZHIHONG HUANG, an individual, PUNAK ENGINEERING, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02104-JVS-DFM<br><br>**ORDER RE CERTIFICATION OF FINAL ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE [595]**<br><br>Complaint Filed: October 30, 2020<br>Trial Date: September 12, 2023 (stayed) |

Plaintiff Karma Automotive LLC ("Karma") and Defendants Lordstown Motors Corp. ("Lordstown"), Steve Burns, John LaFleur, Darren Post, Rich Schmidt, Roger J. Durre, George Huan, Bei Qin, Stephen Punak, Christopher Kim, Dan Huang, and Punak Engineering, Inc. (the "Individual Defendants," collectively with Lordstown, "Defendants" and together with Karma, the "Parties") hereby

jointly submit this Certification of Final Order and Stipulation of Dismissal with Prejudice.

WHEREAS, on October 30, 2020, Karma commenced this action against Defendants;

WHEREAS, on June 27, 2023, Lordstown and certain affiliates (the "Debtors") each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which chapter 11 cases are being jointly administered under Case No. 23-01831 (collectively, the "Chapter 11 Cases");

WHEREAS the Parties agree that if this action proceeds and if there are additional potential disputes and litigation between and among the Parties, such litigation and disputes would result in significant additional cost and expense to the Parties, include risks of trial and litigation, and may be protracted and burdensome for all Parties, including with respect to the relief sought in the Chapter 11 Cases;

WHEREAS Karma and Lordstown have engaged in extensive arm's-length negotiations and have entered in good faith into a settlement agreement and release dated August 14, 2023 (the "Settlement Agreement"). Among other things, the Settlement Agreement contemplates a settlement payment to Karma in exchange for releases and the dismissal of this action with prejudice as to all defendants after certain terms are met;

WHEREAS, the Settlement Agreement is binding from the date of its execution, subject to certain terms, but is expressly subject to and contingent upon entry of a final, nonappealable approval order by the Bankruptcy Court;

WHEREAS, the Debtors filed a motion with the Bankruptcy Court seeking approval of the Settlement Agreement on an expedited basis;

WHEREAS, on August 28, 2023, the Bankruptcy Court entered an order approving the Settlement Agreement (the "Approval Order");

WHEREAS, Karma and Lordstown have stipulated in the Settlement Agreement to the dismissal of this action with prejudice as to all defendants upon certification of the Parties that the Approval Order has been entered and become a final, nonappealable order;

WHEREAS, the Parties hereby stipulate and certify that the Approval Order has now become a final, nonappealable order.

NOW, THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Karma and Defendants, by and through their respective counsel, hereby stipulate and agree to the dismissal, with prejudice, of all claims and causes of action against Defendants, with the Parties bearing their own fees and costs.

The Parties further stipulate and agree that this Court shall retain jurisdiction of this matter and the Parties to enforce the terms of the Stipulated Protective Order entered by this Court on November 13, 2020, and to ensure that the Individual Defendants certify in writing that each has or will within forty-five (45) days of August 28, 2023 made a good faith effort to return, or confirm the destruction of, all hard-copy and electronic documents and information that each provided to Lordstown that were produced in discovery in this Action that contain information originating from Karma.

Dated:   September 12, 2023                     Respectfully Submitted,

**SEYFARTH SHAW LLP**                           **BAKER & HOSTETLER LLP**

By:   */s/ Michael D. Wexler*                   By:   */s/ Thomas R. Lucchesi*

ROBERT B. MILLIGAN, SBN 217348                  THOMAS R. LUCCHESI (*admitted pro hac vice*)
rmilligan@seyfarth.com                          tlucchesi@bakerlaw.com
DANIEL JOSHUA SALINAS, SBN 282065               TERRY M. BRENNAN (*admitted pro hac vice*)
jsalinas@seyfarth.com                           tbrennan@bakerlaw.com
SIERRA J. CHINN-LIU, SBN 322994                 ANTHONY B. PONIKVAR (*admitted pro hac vice*)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500

| | |
|---|---|
| Los Angeles, California 90067<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219 | *aponikvar@bakerlaw.com*<br>Key Tower, 127 Public Square, Suite 2000<br>Cleveland, Ohio 44114<br>Telephone:   (216) 621-0200<br>Facsimile:   (216) 696-0740 |
| MICHAEL D. WEXLER (*admitted pro hac vice*)<br>*mwexler@seyfarth.com*<br>KEVIN J. MAHONEY (*admitted pro hac vice*)<br>*kmahoney@seyfarth.com*<br>233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000 | RYAN D. FISCHBACH (SBN 204406)<br>*rfischbach@bakerlaw.com*<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90025-0509<br>Telephone:   (310) 820-8800<br>Facsimile:   (310) 820-8859<br><br>*Attorneys for Defendants*<br>LORDSTOWN MOTORS CORP., *et al.* |
| JESSE M. COLEMAN (*admitted pro hac vice*)<br>*jmcoleman@seyfarth.com*<br>700 Milam Street, Suite 1400<br>Houston, Texas 77002<br>Telephone: (713) 225-2300<br>Facsimile: (713) 225-2340<br><br>*Attorneys for Plaintiff*<br>Karma Automotive LLC | |

- 4 -

CERTIFICATION OF FINAL ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO.: 8:20-CV-02104-JVS-DFM

# ORDER

**PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE, IT IS HEREBY ORDERED THAT:**

1. This action is dismissed with prejudice.

2. The Court retains jurisdiction of this matter and the Parties to enforce the terms of the Stipulated Protective Order entered by this Court on November 13, 2020, and to ensure that the Individual Defendants certify in writing that each has within forty-five (45) days of August 28, 2023 made a good faith effort to return, or confirm the destruction of, all hard-copy and electronic documents and information that each provided to Lordstown that were produced in discovery in this Action that contain information originating from Karma.

3. The parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: September 13, 2023

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE